Dr. Rudolf Heinz Hendel, Ph.D.
Dr. Catherine Gwei-inn Lin-Hendel, Ph.D.
*26 Ridge Road, Summit, New Jersey 07901*
Tel: 908-273-3378; Cell for Dr. Hendel: 408-533-5847;
Cell for Dr. Lin-Hendel: 408-761-3559
rudihendel@gmail.com; linhendel@gmail.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 APR -7  A 10: 24

U.S. BANKRUPTCY COURT NEW JERSEY
FILED   RECEIVED
NEWARK, NJ
2022 APR -6  P 4: 18

JEANNE A. NAUGHTON
BY:
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

v. Dr. Rudolf H. Hendel, Ph.D.
    Dr. Catherine G. Lin-Hendel, Ph.D.
    (the Hendels)

**Alleged Debtors**

**CASE NO.: 21-18847-JKS**
**CHAPTER: 11**
**HON. JUDGE**
**JOHN K. SHERWOOD**

*Notice of Motion to Order Honest and Fair*
**Payoff Quotes**

PLEASE TAKE NOTICE THAT THE UNDERSIGNED MOTION FOR THE COURT to ORDER Fay Servicing (Fay) to issue an honest and fair Payoff Quote to the alleged debtors Dr. Hendel and Dr. Lin-Hendel on the BofA-Hendel first mortgage, and similarly ORDER Select Portfolio Servicing (SPS) to issue an honest and fair Payoff Quote to the Hendels. The Return Date of the Motion is April 19, 2022, or thereafter at the Hon. Sherwood's discretion.

**Summary of the 3/29/2022 Status Conference:**

Your Honor expressed concern that our Exit Plan did not contain a firm Refinancing Commitment from a lender. We want to highlight the fact that our adversaries-the alleged "secured creditors" and their dishonest lawyers (except attorney McDonough) have been not only entrapping us with fake Loan Modification Assistance lures, but also have sabotaged our conventional refinancing at 2% rate, for which we were pre-approved before Fay/FV secretively listed our home on a scamming Sheriff's Sale just as we were 6 months out of bankruptcy—a key requirement from the lenders who had pre-qualified and pre-approved the conventional refinancing (CR). This diabolical and fraudulent Sheriff's Sale listing disqualified us from the two pre-approved CR. Furthermore, Fay/FV rejected our financial restructuring consultant's written *request for a 30-day Adjournment which would have allowed us to close on one of the pre-*approved CR, thus forced us into filing for the 3rd Chapter-11 protection from their predatory and criminal attempts to steal our home and accumulated equity over the past 31 years.

WT/Fay/FV and their co-conspirators in their 10+ years of RICO crimes against us also proceeded to sabotage our Reverse Mortgage (RM) refinancing by poisoning the small pool of FHA and Jumbo-Loan qualified appraisers in the area, a malicious act we had already briefly described in DOC 22 and DOC 34. Even more shocking was for both, Fay and SPS sending more than two multimillion dollar each Payoff Statements to the two RM brokers who had already qualified us and pre-approved us for the Good Faith Quotes which Dr. Hendel supplied to the Court in his exit plan. Such "shock & awe" carpet bombing of our refinancing opportunities has abundantly show-cased their malicious intent to destroy us through the two weaponized loans while continuing to rip us off, all through their brazen use and abuse of the Courts and the Sheriff Sale System. The many and varied criminal tactics they have expertly deployed through a decade of RICO crimes and Law-warfare (Lawfare) against us, have been practiced much wider than just against us. There exist a large volume of complaints and rap-sheets and billions of dollars in fines against these bankers' maleficence, malfeasance, and criminalities.

Also discussed was the fact that Fay/FV have failed to provide any statement, 1098 form and payoff quote to us in spite of our multiple requests. Finally after the Court conference, we received the **2021 year-end 1098** form from Mr. Schwalb through email, which we need for tax filing (**Exhibit 1A**). The 1098 form states **"Outstanding Mortgage Principal"** at **$1,328,632.69**, and **"Mortgage interest received from payers/borrowers"** at **$17,684.32.** During the hearing, Mr. Schwalb claimed that he had a payoff quote from Fay at **$1.61 million (as opposed to the outrageous $2.1+ million Payoff Statement Fay had told to or sent to the RM brokers and the more than $2.58 million SPS sent). This means that Fay/FV at the minimum wants to rip us off for nearly $300K, $7,000 above the Zillow home price index for an average home in the USA, and at a maximum they wanted to rip us off for $900K through the Payoff Quote they sent to our RM brokers, the price of three typical US homes.**

The added unrestrained greed the banks have attempted though are far smaller than what they have had already ripped off from us in their more than 10 years of IP-Theft and Looting and having committed 10 years of RICO crimes and Lawfare against us—putting us through hell, the smaller rip-offs nonetheless further burden, occupy and incapacitate us. Also note the initial mortgage of $1,500,000 began in October 2006 as a 5/1 ARM at 1.25%, with monthly mortgage payments of $4,998.78, and five years later would adjust/change to 2% + the yearly average of the prior-year's monthly LIBOR, which only went down from there except for a very short-lived small rise in 2018 and 2019. Our BofA 5/1 ARM was refinanced to a fixed rate mortgage at 2% in July 2011, with August 2011 as the first full month at 2% rate. It is doubtful

that less than $200K of the principal amount has been paid off since, considering that we had not missed a single payment until BofA bugged us to stop payments beginning in Sep/Oct 2016 until we stopped payments in March 2017 as instructed by BofA to be eligible for BofA's Loan Modification Assistance Program (LMAP). We resumed with paying APP for a total paid $103,930.36 between March 2020 and March 2022. **In Addendum I, the true/correct payment table with interest, principal, and principal balance is calculated and noted to the end of February 2017. The result is consistent with First Principle Math: the Principal Balance in truth is $1,128,199.00, and not the $1,345, 316.00** which Fay said it obtained from BofA**, pilfering $217,117.00 from the Hendels**. The varied and many-faceted shenanigans BofA/WT/Fay and FV have done are still surprising and shocking to us even after having already suffered their frauds and pilfering for a decade.

Mr. Schwalb made a willful false statement to mislead the Court during the Conference (as he has always done) that "the debtors only want to prolong the bankruptcy process to deprive the "secured creditor's right to conduct a Sheriff Sales of their home (i.e., to delay or deprive Fay/FV's long lust after goal in stealing the Hendel home and loot the equity through a Sheriff Sale scam). The truth is just the opposite, and he knew the truth: The Hendels have had absolutely no interest in prolonging the ordeal of wrestling snakes, vipers and pigs in the territorial swamp of these banks and their lawyers. The fact is that the snakes and vipers are not willing to let go of their victim-"debtors", perceiving the time to devour them is near.

### The facts and truth have been known to the bankers, their lawyers, and the Courts:

BofA, Chubb, WT (and parent M&T Bank), Fay, SPS and their lawyers—including Mr. Schwalb and Mr. McDonough all have known the truth behind the bankers' diabolic actions against the Hendels: they have been stealing and looting patented inventions—the most valuable and provable form of Intellectual Properties from the Hendels since at least 2010 (with SPS and its parent Credit Suisse beginning in Dec. 2005 and Chubb beginning in 2009). They not only have ripped off conservatively estimated high hundreds of Millions in licensing and royalty fees they owe us, but also have ripped off more from the Treasuries of the USA and the State of New Jersey in tax-incomes from the licensing and royalty fees these banks **AND** their corporate clients, partners and investors in at least 50 of the largest Communist Chinese multinationals have by law owed the Hendels.

BofA and Chubb have abused our trust as their consumer clients (since 1981) to pre-emptively strike us through refinance and loan-modification frauds, banking documentation

frauds, RICO crimes, bankruptcy-claims frauds, loan modification assistance frauds and foreclosure frauds and Sheriff's Sale scams to occupy us, run us ragged, run out our clock, strip our wealth and incapacitate us, in order to prevent us from being able to research their Intellectual Property Theft against us, less enforce our Intellectual Property Rights against their theft and looting, as well as that of their CCP/PRC corporate clients, partners/investors. Their criminal tactics of abuse have been so brazen and gruesome, in order to avoid risking multi-billion dollar penalties from SEC, CFPB and DOJ when caught red-handed, they have resorted to using much smaller but criminally-skilled smoke-mirror agents of fraud and crime such as Wilmington Trust, Fay Servicing and Friedman Vartolo to continue and expand their RICO crimes aiming to drive us OUT of our home at age 73 aiming to destroy us and award the lawyers and judges involved in the RICO crimes with big bonus that is our home and home equity. The RICO crime participants have all been notified in 2018 and 2019 of the consequences of their actions against us aided and abetted the IP-theft by the 50 largest of CCP/PRC's SOE and Semi-SOE multinationals, while harming the interests and tax income of the USA and the State of New Jersey, but these financial institutions and their minions and bought-and-paid-for judges all continued and even worsened their RICO crimes against us. Thus they have willfully aided and abetted the largest 50 of CCP/PRC's giants in banking, financials, technology, telecom, energy and infrastructures, allowing them to continue to steal Hendel Patents (and other American IPs). The CCP/PRC have long aimed to dominate and destroy America by stealing America blind and win competitions against the USA all over the world. They have succeeded with the aid of the diabolic, dishonest and vicious American traitors the like of these bankers and their lawyers. America now is nearing-death and the long suffering Americans, including the Hendels, have these American traitors to blame.

**Facts in support of this Motion already documented in DOC 22 & DOC 34:**

Please allow us to turn Your Honor's attention to the occurrences/events which had forced us back to Your Honor's Court for the 3rd Chapter-11 Bankruptcy. Let us stress: we were very near to obtaining conventional refinancing of the two weaponized BofA-Hendel loans at the prevailing rate of near 2%, an interest rate which had been available throughout Y2020, 2021 and to the earlier part of 2022. We had documented these occurrences and events in **DOC 22** (a letter from us to Your Honor filed on 11/24/21) and **DOC 34**, filed 1/4/22 in Opposition to the Wilmington Trust (WT) / Fay Servicing (Fay)'s bad-faith **Motion for Stay Relief** (DOC 28) filed by their attorney Jonathan Schwalb of Friedman Vartolo LLP (FV).

We explained in previous documents submitted to 20-10237-JKS, that these two weaponized BofA-Hendel loans had been used to strip our wealth and loot our remaining assets through bad-faith practices, outright frauds and crimes, and Frauds on the Courts participated by State Court judges and clerks. In Doc 22 and Doc 34, we briefly explained to Your Honor how WT/Fay/FV continued their quest to steal our home through corrupted State Courts in stealth after Your Honor dismissed the Chapter 11 case 20-10273-JKS. Seeing clearly that there is no justice or relief that would come forth from the Courts, we immediately pursued refinancing from other mortgage lenders after leaving 20-10237-JKS on or about 3/25/2021. We asserted extreme efforts and hard work to have obtained pre-qualification for conventional refinancing. Two exceptionally enlightened lenders pre-qualified us according to our income, credit scores, personal history and home value, but required that our home not be listed in a pending Sheriff's Sale and being at least 6 months out of bankruptcy (while other lenders we approached required us to be one or two years out of bankruptcy). We would have become eligible for these requirements on or about 9/25/2021. But – we were sabotaged by Friedman Vartolo who (again fraudulently) entered our home for Sheriff's Sale on or about 9/28/2021 without notifying us. The Sheriff's Department also did not notify us. It was a local realtor who alerted and informed us of this stealth Sheriff Sale listing of our home. We (and the realtor) checked with the Sheriff's office to see if an adjournment would be possible for us to complete the pre-approved refinancing applications we were working on. A person in the office handling calls of inquiries on Sheriff Sales told the realtor and us: "There will be no Sheriff Adjournment for the 26 Ridge Road home. The only possible Adjournment is Plaintiff Adjournment which the owners of the home can only obtain from Plaintiff's attorney Friedman Vartolo LLP, Mr. Adam Friedman." We then asked the Law Offices of Lee Perlman (LOLP) which we had retained to assist us through financial/debt restructuring to contact Mr. Friedman for a 30-Day Plaintiff Adjournment for us to complete the refinancing, which Mr. Friedman rejected within 45 minutes of the sent-time of LOLP's email request. A 2nd request through LOLP offering to pay $10K for the 30-day Plaintiff Adjournment was also immediately rejected.

With the completion of the debt restructuring with a conventional refinance no longer possible, we were forced to file for this 3rd Chapter-11. Only after we had completed the Chapter-11 filing, we discovered that all of the properties listed on the same day for Sheriff's Sale with our home (on 11/17/21) were in fact adjourned; all were marked as having "**Sheriff Adjournment**" in the "details" page of each listed property including our home. There was no

Sheriff's Sale on that day. The listing was a scam. The Sheriff Sale personnel telling us that a Sheriff Adjournment was not possible for our home had lied and practically colluded with Friedman Vartolo (FV) in forcing us into filing for Bankruptcy Protection, yet again.

As soon as we found out from the local realtor in October 2021 of WT/Fay/FV's stealth Sheriff's Sale Listing shenanigans to sabotage our conventional loan refinancing, we proceeded to investigate and apply for a Reverse Mortgage, the only feasible method of refinancing remaining to us if we could not secure an Adjournment on the Sheriff's Sale "booked" for 11/17/2021. Reverse Mortgages would charge much higher interest rates but would not be deterred by Sheriff's Sale listing or Bankruptcy, as long as our home value was far higher than the sum of all debts listed or claimed in Bankruptcy Court. Sufficient income and credit scores would strongly support the application. Also, we would not be required to make monthly payments, and unpaid interest would be added to the principal amount covered by the excess equity and expected home value increase overtime. Due to our bankruptcy filing, at least ten years of property taxes and insurance premiums would have to be subtracted from the estimated equity (to be held in a lender-controlled trust) in calculating the maximum loan amount and interest rate. Given that we had already prepared the conventional loan refinancing application documents, we were able to supply these documents to two RM brokers we had selected and were quickly pre-approved, pending two appraisals for each RM lender/broker for a total of four appraisals by area appraisers who are FHA and Lender qualified and approved to appraise for homes worth above $2 million for Jumbo Loans, which the RM brokers told us at the time could be done fairly quickly. However, it appears that our adversaries had also immediately proceeded to interfere with and sabotage our Reverse Mortgage refinancing. In DOC 34, we informed Your Honor of our adversaries' actions in interfering and preventing the RM lenders from obtaining timely, true and fair appraisals for our home. Out of the required 4 appraisals which were scheduled to take place in November and December 2021, three backed out close to or on the scheduled site visit date, and one gave a ridiculously low and frankly sabotaging appraisal. A fifth appraiser booked and paid for in January 2022 withdrew after their site visit, refunding the fees paid. Such extremely rare behavior is statistically impossible without malicious interference from someone, and our adversaries are the only parties with interest and demonstrated history to do so. The pre-approved Good Faith Quotes (GFQs) sabotaged by these adversarial bankers and lawyers will be shown in the next sections.

**WT/Fay/FV's willful act of deceit and fraud against Hendels, the Court, SEC, CFPB, DOJ and the Law, which they again self-documented in DOC 28-1, Motion for Stay Relief:**

In DOC 34, we pointed out the WT/Fay/FV's fake hint of offering to discuss settlement with us made in their motion paper Doc 28-1, page 6, last paragraph: **"In addition, Movant requests an Order allowing Movant to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in live, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, if applicable, and to enter into such agreement with the Debtors without further order of the court." (Exhibit 1B).**

Our financial restructuring consultant from the Law Offices of Lee Perlman (LOLP), Mr. John Prebich thought this paragraph to be an olive-branch as the law does require a lender to offer a genuine Loan Modification or other Assistance Program to a distressed borrower to avoid Foreclosure and Sheriff's Sale. Mr. John Prebich contacted Mr. Jonathan Schwalb shortly thereafter to discuss what the **"potential Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement" might be**. Mr. Schwalb replied with unusually strong expletives not suitable for quoting on paper but profoundly shocking Mr. Prebich. Mr Schwalb also emphatically stated to Mr. Prebich: **"We want the Hendels OUT OF THE HOUSE, ASAP and VERY SOON!!!!"**, and that **"There will be NO AGREEMENT of ANY KIND"**. Mr. Schwalb further stated to Mr. Prebich that the paragraph at the end of DOC 28 **was placed there only to satisfy a law requirement and had no real meaning**. This is akin to willfully misleading regulatory agencies, pretending to satisfy requirements, yet having no intent to do so. They are lying and committing Fraud upon this Court on a motion paper, and lying to and committing willful fraud upon SEC, DOJ, CFPB and the State banking, financial, mortgage and foreclosure laws, regulations and rules. In other words, WT/Fay and FV had always intended to only present fake obedience and satisfaction of law, when in fact they had always intended to defraud us and loot from us through its bad-faith practices, lying to us to entrap us, through numerous instances of Frauds on the Courts and Frauds against SEC, CFPB and DOJ, as they have done to us.

**Additional WT/Fay/FV Acts of recent Sabotage inflicted on our Reverse Mortgage Refinancing not documented in DOCs 22 and 34:**

Conducting even more sabotage, Fay Servicing (Fay) and Select Portfolio Servicing (SPS) issued ridiculous multimillion dollar Payoff Statements to the RM brokers, with SPS demanding more than $2.58 Million (**Exhibit 2**) and Fay demanding more than $2.1 Million, while the total amount due them in their respective derogatory credit reports filed to the Credit Bureaus were (the already bloated) amounts at approximately $ 1.46 million and $500 K for the BofA-Hendel first mortgage serviced by Fay and the BofA-Hendel HELOC serviced by SPS. We obtained a copy of the SPS Payoff Statement sent to the Advisors Mortgage Group (AMG) as shown in **Exhibit 2**. We were not provided with a copy of the Fay Serving Payoff Quote sent to the RM brokers, but were told that it was similar in nature and in size. One of the RM brokers competing for our RM refinancing was American Advisors Group (AAG), which understood the message of intimidation and un-corporation from Fay and SPS and withdrew from our case. The AAG broker told us that if we were able to obtain an Order for the loan servicers to issue to us honest and reasonable Payoff Quotes from the Bankruptcy Court that can be enforced by the Court within a reasonable time frame, we can contact AAG to revive our application with required update to our application documents.

**Exhibits 3A and 3B** show the Good-Faith Quotes (GFQ) according to which we had been qualified for in October and November 2021 by the two RM brokers and their respective lenders, both at the interest rate of 5.15% and more than sufficient to payoff both the first mortgage and the HELOC as Fay and SPS had claimed with abundant bloating to the three Credit Bureaus in October/November 2021 to add to a total of approximately $1.96 million, and with sizable additional "cash out" amount available to us. Both RM brokers had put the market value of our home at $15 million, primarily based on Chubb America Homeowners and Liability Insurance policy on our home pegging the "rebuild to code" cost as the insured "Replacement Cost" for the dwelling at $8.6 million, and adding to it the lot value, landscaping, and the home content portion customized to the home, to mathematically put the basic minimum valuation of our home at $15 million without taking into account the much higher ceiling height, the extraordinary quality of the building materials (including hand sawn super-sized black walnut structural lumber, wood paneling, doors and intricately carved fireplace mantels throughout the home), construction technologies and artisanship (including exquisite carvings) that are no longer available today or feasible to be incorporated in new construction. They then applied a large discount to the number in calculating their respective GFQs. They explained this methodology to us and we used it in our Chapter-11 filing. To be extra conservative, these brokers applied large discounts to their $15 million valuation, and used $10 million and $7.4

million as the home value to calculate their respective GFQ as shown in **Exhibits 3A and 3B**. A Letter of Intent to Offer Reverse Mortgage was issued to us to help us get reasonable and honest payoff quote through the Bankruptcy Court is shown in **Exhibit 3C**.

As a result of the suspicious adversarial interferences poisoning the limited local FHA and jumbo-loan qualified appraiser community, while also indicating their clear intent of non-cooperation intimidation with the sky-high Payoff Statements originating from these adversarial, lawless and predatory financial institutions and their lawyers involved in repeatedly forcing us into filing Chapter-11 protection a total of three times, AAG stopped processing our application. While AMG has continued to soldier on thus far, and the sabotaging continued. AMG was not able to obtain an appraisal throughout November, December and January, and finally obtained one appraisal in February. That appraiser gave a low appraisal at $5.5 million which was barely passable in comparison to BofA's *2006 $6 million appraisal*. As a result, an updated GFQ from AMG changed to a much higher interest rate (2.2% higher) and much lower lending limit (**Exhibit 4**), due to WT/Fay/FV's unceasing sabotage. **As their non-corporation intimidation and sabotaging with local appraiser community continued, we don't know whether this much worsened GFQ could close in reasonable time, while general mortgage rates have begun to rise in March due to inflation and the Russia-Ukraine war.**

**Our goal after exiting 20-10237-JKS has been** to get ourselves out from under the jaws and claws of more than 10 years of misery, stress, lost peace and productive time under the malicious oppression and persecution inflicted by this group of predatory financial institutions which have been looting our Intellectual Properties while employing their thugs and thug lawyers to conduct RICO crimes and Lawfare to loot all of our cashable wealth including 401Ks, Pensions and cash values accumulated in our Universal Life Insurances--through the aiding and abetting of corrupted judges and courts, to culminate in enabling the lawyers to profit from looting our home and the large equity in it, while benefiting the patent-looting financial institutions by making us homeless at age 72 and 73 to completely destroy us and incapacitate us from ever being able to enforce our patent rights against the viciously criminal financial institution's theft. Unfortunately, BofA/WT (+M&T Bank)/Fay/FV and SPS would not let us off their viciously predatory jaws and claws, and they are continuing to use the Courts to commit their RICO crimes against us, and frauds against and violation of SEC, CFPB and DOJ regulations/rules.

**BofA/WT/Fay and FV's Continual Attempt to use and abuse Your Honor to criminally take possession of our patent portfolio and other assets**

We were alerted by several bankruptcy/foreclosure lawyers we interviewed after the passing of Mr. Byck, that from what they could decipher from the financial institutions' and their lawyers' actions and the related court papers, that these financial institution were scamming to use a Bankruptcy judge's conversion of our legitimate Chapter-11 filing into a Chapter-7, through which they could take possession of our portfolio of Patented Inventions, and our home and land assets (as a bonus for any participating entities in the 10 years of RICO crimes against us). In addition to requiring large retainers, these experienced foreclosure and bankruptcy lawyers did not wish to get on the blacklist of the Courts by taking on the job to vigorously defend us but had enough conscience to encourage us to pre-emptively expose the Chapter-11 to Chapter-7 scheme. We did. In spite of our pre-emptive exposure, the bankers did try. The bankers and Mr. Schwalb's renewed attempt at this was expressed again by Your Honor's recently speaking of converting our Chapter-11 to "a large" Chapter-13.  The facts and evidence we presented in the past of the bankers' scheming, including to use the Bankruptcy Court to take possession of our patent portfolio, were copied-to/served-to the executives of the Bank of America and Chubb Limited. These facts and associated evidence were/are indisputable and have not been disputed by our adversaries and their lawyers, nor by the executives or anyone in these giant multinational corporations to date. The giants and their lawyers have arrogantly counted on Your Honor to also ignore the facts and evidence we have provided to the Courts of all of their maleficent malfeasance, frauds and crimes, and to implement their predatory will and launder their frauds and crimes for them.

**Even though Your Honor had stated in the first hearing that Your Honor did not wish to hear about past facts anymore, the Rule of Law requires that these indisputable and undisputed but ignored facts of the bankers and their lawyers' crimes and frauds NOT BE SWEPPED UNDER THE RUG with such arbitrary and capricious pronouncement from the bench.  Please allow us to at least briefly summarize the facts supporting our allegation that the 12-page "Loan Modification to Step-Rate Periods" document is self-evidently a banking crime, a mortgage fraud, a Loan Modification fraud and a banking documentation fraud.**

In September 2020, Mr. Schwalb presented in a hearing a 2-page BofA document titled: "Loan Modification Agreement to a Fixed Interest Rate" (**Exhibit 5A**), in which a hidden and fraudulent rate-hike from 2% to 4.25% was to begin in Nov/Dec 2020 in the fine-prints. Mr.

Schwalb made this presentation in a shady and hidden manner to justify the interest and principal claim table WT/Fay/FV had filed in March 2020 that was fraudulent—and not supportable by the "Proof of Claim" they had used--a counterfeit copy of the dated August 2006 BofA-Hendel 5/1 ARM document which was invalidated by the BofA-Hendel July 2011 Refinance to a fixed-rate mortgage. We examined the WT/Fay/FV's Claim as recommended by several lawyers we interviewed for the purpose of replacing the deceased Mr. Byck that we should not assume that the bankers'/creditors' claims were true and correct, and found these falsehoods and thus filed dispute to the claim in a motion for an order to dismiss this fraudulent claim without prejudice or expunge the claim. Our 2006 BofA 5/1 ARM which began at 2.25 % for the first 5 years and used the prior year's yearly average of monthly LIBOR as the adjusted rate which soon became 2%. The 5/1 ARM was **refinanced** to a new 2% fixed-rate mortgage in July 2011. This "Refinance to a 2% Fixed-Rate" was widely advertised by BofA and solicited by BofA as a part of BofA's settlement discussions with SEC and DOJ for BofA's financial and mortgage frauds and unlawfully foreclosing many of its mortgages which contributed to the 2008 financial crisis and the follow-on depression of housing market and general economy. The fraudulent Loan Modification and Foreclosure actions conducted by BofA and its smoke-mirror agents WT/Fay/FV were exactly among the banking/ finance/mortgage and foreclosure crimes conducted by BofA which resulted in the SEC and DOJ's $7.6 Billion penalty exacted against BofA in 2012 with a Settlement Agreement which has prohibited BofA from repeating these crimes. We pointed out these facts in 20-10237-JKS and submitted public records of BofA-DOJ Settlement Agreement to the Court, as well as WT and Fay's records of financial crimes which were those they have continued to commit against us soon after they were also fined and prohibited by SEC, CFPB, DOJ and many courts outside of New Jersey. One would expect a Court with fairness, integrity and delivering justice in mind, would carefully review our submissions. But they were ignored by WT/Fay/FV and the Court. Their financial attacks, prohibited by SEC, DOJ and CFPB have continued against us without interruption.

The 2-pager fraud was hidden in 20-10237-JKS DOC 18, a 122 page Motion for Stay Relief filed by Mr. Schwalb on 1/29/2020, as page 80 and 81, with a 3rd page (page 82) called "CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEGEMENT" filled out by a Notary Public unknown to us, dated also 12/01/2011, the same date as page 81 allegedly signed by us also on 12/01/2011, but without notarization and separate from page 80—the 1-page description of an alleged "Loan Modification Agreement (To a Fixed Interest Rate)" at 2%, but hiding in fine print an alleged rate-hike of 225% to 4.25 % allegedly to take effect 11/01/2020 but to be billed on

12/01/2011. The Notary Public who allegedly filled in the CERTIFICATE separately on page 82 and signed it on 12/01/2011 amazingly did not notarize page 81 allegedly signed by us on the same day. Page 81 was allegedly signed the next day on 12/02/2011 by a BofA "Attorney in Fact" and notarized by a Texas Notary Public (for an alleged agreement made on 11/17/2011). This would be quite a challenge for a financial document which needs to have original wet-ink signatures by all parties located separately in CA and in Texas with the BofA party located in Texas with a large bank's bureaucracy. All signatures needed to be notarized at the time of signing, but our alleged signatures were not notarized. The signature of BofA "Attorney in Fact" was notarized on 12/02/2011.  This document cannot be real, we had never seen it before Mr. Schwalb's September 2020 presentation of it and had never heard of it from BofA.

This alleged December 2011 document was not used in WT/ Fay/FV's Claim 7 filed in March 2020, but was already hidden in DOC 18, a 166-page WT/Fay/FV Motion for Stay Relief filed on 1/29/2020. In a September 2020 hearing on the subject, the Hon. Sherwood could only find this document with Mr. Schwalb's hand-holding guidance, but immediately accepted it as sufficient explanation for the false claim and claim table which was not supportable by the dated Proof of Claim WT/Fay/FV had filed. The Hendels did not have access to this 2-pager forgery during the hearing, but located it after the hearing through PACER, quickly spotted the fraud, and found that it still did not support the fraudulent claim table. We filed to dispute the 2-pager and explained to the Court the obvious conflicts of terms and facts within the 2-pager document and the inconsistency of the dating of 12/01/2011 or the alleged signatures by us without required notarization, and the alleged signature dated 12/02/2011 by a Texas BofA "Attorney in Fact" and notarized by a Notary Public. This appears to be physically impossible with mail-travel-time and the bureaucracy of a very large bank.

Three months later, the 12-page alleged "Loan Modification" Agreement document, **(Exhibit 5B, 20-10237-JKS DOC 166-4)** very different from the earlier 2-pager and beginning with an alleged letter addressed to us and dated 11/17/2011, which we never received and had never seen before Judge Sherwood brought it up in the Exit Plan hearing on 12/16/2020 (while it was not mentioned by Mr. Schwalb with even one word). This 12-page document contained a "PAYMENT CHANGE NOTICE" on page 4, with an alleged "new payment" at 2%, and $4,474.68 as "effective 12/01/2011". **In reality, this rate and payment had already become effective in July 2011 in what was told to us as a "Refinance to a fixed-rate mortgage at 2%.** Page 5 was titled "**MODIFICATION OF NOTE with STEP RATE PERIODS**" allegedly was an agreement made between the Hendels and BofA on 11/17/2011 (the same day as the alleged 2 pager "Loan

Modification to Fixed Interest Rate" agreement. But this drastically different alleged agreement (Page 5 of the 12-pager) allegedly was made on the same day as the 2-pager, but allegedly was signed by the Hendels without dating and without the required notary public for a financial/mortgage agreement, and there was no signature by a BofA officer. Page 6 is identical to the page which followed the 2-pager (Loan Modification to Fixed Interest Rate) and titled on the upper right of the page as CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT" (Exhibit 5A). The 2-pager hidden by Mr. Schwalb in his 1/29/2020 Motion for Stay Relief, and only brought up in September 2020—three months after our June 2020 challenge to WT/Fay's Claim 7 they had filed in March 2020. The 2-pager (and the inexplicable CA General Purpose Certificate following it) was included in the 12-page document as pages 7, 8, 9, and is very different from pages 5 and 6. We never made (and would never agree to) this alleged 12-page "Load Modification Agreement" either. We had never heard of and did not know the term Loan Modification until BofA brought up the term in October 2016 as an Assistance Program they would offer us to "Assist us" through the RICO crime and Lawfare hardship we had already suffered since 2013. We had no knowledge of the existence of this document before Judge Sherwood brought it up in the 12/16/2020 Exit Plan hearing. Both the 2-page and the 12 page documents were allegedly produced by BofA in Nov/Dec 2011, but made their first appearance 9-years later in 20-10237-JKS with subterfuge and disguise: the 2-pager in DOC 18 filed 1/29/2020, and the 12-pager hidden and buried near the end in the 95 page DOC 166 as DOC 166-4 Exhibit D filed on 12/08/2020, behind a large volume of, to us, same-old/same-old dated and invalidated August 2006 BofA-Hendel 5/1 ARM documents. We did not see this 12-page document containing abundant and obvious contradictions and departures from facts. BofA, WT, Fay and FV had never spoken of either one of these two contradicting and self-contradicting "Loan Modification Agreement" documents to us, had never presented them to us, nor to the Foreclosure Court. Again, the 12 pager was **not brought up by Mr. Schwalb himself with even one word, but with Judge Sherwood oddly bringing it up with familiarity to the last page and did all the talking for Mr. Schwalb. Obviously BofA, WT/Fay/FV had all known that these two documents could not be real and counted on the bankruptcy court to white-wash and launder, or even "adjudicate" them into day-light existence.**

In our 20-10237-JKS Exit Plan, we offered to resume payments to both Fay and SPS at the actual contracted interest rates, with the BofA-Hendel first mortgage at 2%, and the HELOC never departed far from the 2.2% to 2.35% range, and without a "Loan Modification" as an advantageous "Assistance" to us which BofA vowed to offer us to combine both loans, and Fay

and SPS have repeatedly, but falsely solicited us to "apply" without ever intending to grant us a Loan Modification as mandated by SEC, CFPB and DOJ to AVOID FORECLOSURE, and similarly widely advertised on BofA, Fay and SPS websites (falsely) claiming commitments to genuine LMAP designed to enable distressed homeowners to AVOID FORECLOSURE. These acts, as far as we are concerned have been intended to fool SEC, CFPB and DOJ as fake compliance to law and regulations, while in reality used as instruments to fool us, to entrap us, and run out the clock on us, with their goal to strip our wealth, strip our options to a true REFINANCE with other lenders, and for them to continue to loot our IP with NO REPERCUSSION, and even to loot our home and home equity as a bonus for key participants in the joint RICO crimes against us.

We were clearly told by BofA in July 2011 and thereafter, that the Refinance of our 5/1 ARM initially contracted with BofA in August 2006 was a REFINANCE to a new 2% Fixed-Rate Mortgage, and our payment history clearly proves that the new fixed-rate mortgage began in July 2011. The **"Refinance your ARM to Lock-in a Low Fixed-Rate (at 2% at least in 2011)"** was widely advertised by many banks from 2009 through 2011, 2012 and continuing low-rate well into 2016, including at BofA branches and was widely published on BofA website urging BofA mortgage clients, especially ARM clients to do so during the same periods, and again in 2020 and 2021. We did not research conditions for the time outside of these periods. However, such publications are mandated by banking and mortgage regulatory agencies to prevent banks from continue to charge high interest rate contracted in the past when new prevailing rates are low.

ALL ABOVE "REGURGITATED" (borrowing Your Honor's words) FACTS and EVIDENCE of banking and mortgage frauds, Loan Modification frauds and Foreclosure and Bankruptcy-Claims frauds which are indisputable and undisputed, were submitted to the Courts during 20-10237-JKS, including a large volume of BofA's website publications from 2011 to early 2021, and that of WT/Fay/FV and M&T Bank proving the willfulness of their IP-Theft and RICO crimes as well as evidence to the facts listed below, **but all have been ignored:**

1. The term "Loan Modification to Step-Rate Periods" cannot be found anywhere on the BofA website from 2009 to today, with searches of BofA's past website conducted on Internet Archive Wayback Machine. Extensive documented proofs of this fact, printed from BofA's website were submitted during 20-10237-JKS and in parallel also to the State Court.

2. From 2009 through 2012, the term "Loan Modification" did not appear on BofA's website under Home Mortgage and Home Mortgage Refinance categories. On the other hand,

"**Refinance now to Lock-in a low fixed rate**" was prominently advertised in the bank's physical branches, through emails and on BofA's website (**Exhibit 6, BofA Refinance webpage as of July 2011, which continued through July 2012 when the DOJ-BofA Settlement was struck, dictating even more visible and larger Fixed Rate Refinance pages and pronounced publication of the Department of Justice - BofA Settlement Agreement, as well as many distressed homeowner-borrower Assistance Programs, including Loan Modification Assistance to prevent the Bank (and its partners and service providers) to conduct avoidable, fraudulent or dual-tracked foreclosures**, which they have done to us with pre-meditation and planning beginning in 2016.

3. The term "Loan Modification" has always been defined as a "Distressed Borrower Assistance Program" mandated by banking and mortgage regulatory authorities to **avoid Foreclosures**, and that a distressed borrower must demonstrate hardship and inability to make mortgage payments. Extensive publications on this fact on BofA's website past and recent were submitted to this Court in 20-10237-JKS in January through March 2021 and to the State Court under Your Honor's guidance. These submissions were copied to BofA's top executives, who have not replied to dispute our allegations of banking fraud, mortgage fraud, Loan Modification fraud and RICO crime represented by the 12-page "Loan Modification to Step-Rate Periods" document, and the massive body of evidence supporting our allegations provided to the Court and to BofA's executive management team, which received no reply and was not disputed.

4. The Hendels were **NOT** financially distressed until well after the criminal Lawfare UNN-L-3484-13 was launched against them in the fall of 2013. The Hendels had never missed a single payment to any loan until March 2017, 6 months after BofA's persistent urging to the Hendels to stop making payments for 6 months to prove inability to make mortgage payments in order to become "eligible" to the BofA Loan Modification Assistance Program (LMAP) which BofA told the Hendels and the Hendel lawyer Mr. Byck that the bank fully intended to offer to the Hendels who had been clients of BofA since 1981 with impeccable track record. The BofA Personnel interacting with Mr. Byck on debt-restructuring negotiations told Mr. Byck of the bank's 6 months-to LMA plan which would drop the interest rate from 2% to between 1% to 1.5%, the owed principal reduced from $1.34 million to around $1 million, and that the HELOC owed principal would be reduced to somewhere between $250,000 to $300,000 and to be combined with the first mortgage into one mortgage, designed to enable us to sustain the new monthly payment for the long term even if the hardship and added legal fee burden we were experiencing would continue. The bank also told Mr. Byck that BofA had an appraisal done on the Hendel home in 2006 at $6 million and a new appraisal was not needed for the LMA. Mr.

Byck told us that the LMA program BofA conveyed to him was reasonable but quite average, that many of his clients had obtained better discounts in rates and owed principals, but considering our mortgage and HELOC combined vs the BofA's $6 million old appraisal was quite far from being "underwater," that was a good offer. When WT/Fay/FV showed up in November 2017, they told us and Mr. Byck that they would make good on BofA's LMA as BofA had conveyed to us and requested that we remain "eligible" and to "officially apply." We had no reason to distrust BofA, Mr. Byck or WT/Fay/FV at that time, until after Fay rejected our LMA application in March 2019 while refusing to give a reason for the rejection. Exhibit 7 shows a document package we sent to the two RM brokers we have applied for RM to clarify explain the illegitimacy of the multimillion-dollar Payoff Statements Fay and SPS sent to the brokers in November and December 2021. The first 3 pages are notes to explain the subsequent 8 pages, which include Dr. Hendel's June 2011 reply letter to the April LMA application invitation and Notice of Intent to Foreclose issued by Fay to/through FV to our then attorney Mr. Byck. The next page shows the ONLY statement Fay issued to us through Mr. Byck dated 6/01/2019 showing "Outstanding Principal as $1,345,316 and a fraudulently hiked "current interest rate" at 4.25% without ever notifying us before, nor any justification for the hike. We obtained this Statement in the later part of 2020 from a half-box of documents obtained from Kasuri Byck LLC as Byck's file on our case. The subsequent 5 pages in the Exhibit shows evidence to the July 11 Refinance of the 5/1 ARM to a Fixed Rate Mortgage at 2%, consistent with the prevailing rate years before July 2011, and years thereafter with only a short and small rise in 2018, which soon dropped back down to as low as 1.75% for a fixed rate conventional mortgage in 2020 and 2021.

5.    Recently, we re-researched further into BofA's website from August to October 2016 on BofA's Loan Modification Assistance program (**Exhibit 8**). Note the "Department of Justice Settlement" column is prominently displayed on the right side of the page which links to details of the 2012 DOJ-BofA settlement terms prohibiting BofA and its agents and servicers from doing exactly the frauds and crimes BofA and its agents WT/ Fay/FV have been doing to us since September 2016, and BofA since Nov/Dec 2011 according to the scam 2-page and 12-page Loan Modification documents shown in Exhibits 5A and 5B. We already pointed out facts regarding DOJ-BofA Settlement in which BofA was fined $7.6 Billion and WT and Fay's records of financial, mortgage and foreclosure fraud convictions to the Court in 20-10237-JKS, but the Court still ignored these bankers' pattern of criminal behavior and their continual and documented criminal behavior against us, while accepted whatever WT/Fay/FV said and wanted.

6. We also found in BofA's October 2016 webpage on BofA's Loan Modification, that one of the key eligibility requirements was being "behind for at least 60 days in mortgage payment", giving credence to the requirement of "proving inability to make payment by NOT making payment" BofA and Fay told us and our attorney Mr. Byck. The "6-months-to LMA quote" BofA made to us and to Mr. Byck in retrospect smells of a premeditated scheme to drag out the time to issue us a lawful LMA as BofA had pledged, in order for BofA to bring in WT/Fay/FV (with a track record of financial improprieties already in public records in June/July of 2017) to further its planned deception, bad-faith practices and fraudulent foreclosure to occupy and entrap us, do dirt-digging and having the clock running out on us, to incapacitate us with the end goal in driving us homeless, to completely dispossess and destroy us, so that we cannot enforce our patent rights against BofA and its co-conspirators' theft and looting of the at least 8 patents we own. Given the fact that all these RICO crimes and Lawfare actions began when we notified Agriculture Bank of China (ABC) and China Merchants Group (CMG)—clients, partners and investors to both BofA and Chubb in the spring of 2010 of their infringement on these patents, the crimes against us are transnational in nature, are willful crimes against the interest of USA and the State of New Jersey, and knowingly protecting and enabling illicit interests of a large number of international enterprises, the largest ones of hostile Communist Chinese owned and operated enterprises (SOE) which are multinational corporations stealing/looting American Intellectual Properties we own, alongside and in similar fashion as BofA/ WT/ Fay/FV, Chubb and WT parent M&T Bank have collectively done in IP Theft in at least the same 8 to 9 patents against us and against the interest of USA and the State of New Jersey. Thus, these crimes are **treasonous crimes**.

7. WT/Fay/FV had persistently used **ONLY** the old and superseded August 2006 BofA-Hendel 5/1 AMR document as its Proof of Standing (and the blank rubber-stamped counterfeit copy of the dated and invalidated 5/1 ARM document was filed one-year late on 6/7/2019 while their fraudulent foreclosure complaint was filed on 7/18/2018 without Proof of Standing with it, but falsely claimed in a false Certification filed with the complaint that a valid and genuine Proof of Standing was filed with the complaint). This counterfeit security was also used as WT/Fay's Proof of Claim filed in March 2020 in 20-10237-JKS. They did not dare to use any part of the 12 page fabricated "Loan Modification to Step-Rate Periods" until after WT/Fay/FV perceived that this document and their frauds had been properly "Adjudicated" by Your Honor's 3/25/2021 dismissal of 20-10237-JKS. They used this 12 page document for the first

time in the secretive WT/Fay/FV application for Alias Writ at the State Court in July 2021, based on FV's proclamation that it had been "**Adjudicated**" in 20-10237-JKS by Judge Sherwood.

8.   WT/Fay/FV is now daring to take this brazenly and obviously fraudulent 12-page document out of hiding and use it in its Proof of Claim 10 in 21-18847-JKS now, which they did not dare using in their Claim 7 in 20-10237-JKS. They had to know the 12-page document in itself is evidence to BofA's financial, banking, mortgage and Loan Modification frauds.  Their prime-time daylight use of this 12-page scam obviously was based on their belief that this fraudulent document had indeed been "adjudicated" by Your Honor in March 2021, a year after they filed the fraudulent Claim 7 in March 2020 in 20-10237-JKS. WT/Fay/FV and Your Honor have NOT provided any legal argument nor evidence that this document does not represent banking fraud, mortgage fraud and a Loan Modification fraud, and does not violate banking, financial, mortgage and Loan Modification rules, laws and regulations. On the other hand, we had provided abundant evidence submitted to 20-10237-JKS in documented facts, laws and regulations and copied to BofA's top executive leadership team. WT/Fay/FV and the Bank of America have not disputed our allegations of them having collectively conducted IP-Theft, banking, mortgage and Loan Modification frauds, banking documentation fraud and a fraudulent foreclosure action, nor disputed any of the evidence we have provided to support our allegations. See **Exhibits 9 A to C for** additional notification letters we sent to the top executive management teams of Chubb Limited, the Bank of America and SPS. We had already provided to the Court our notification letters sent to M&T Bank, Wilmington Trust, Fay and FV of their Patent-Infringements and the RICO crimes they and their lawyers had committed and are continuing to commit against us. Till today, we have received no reply and no dispute to our notifications, allegations and supporting evidence to our allegations. The only reply we ever received from the Bank of America and its lawyer stated that Fay Servicing is the servicer of our BofA first mortgage and that Select Portfolio Servicing is the servicer of our BofA HELOC, without mentioning Wilmington Trust or MEB Trust. (**Exhibit 10**).

9.   The old August 2006 BofA-Hendel 5/1 ARM was originated at a 2.25% interest rate with a LIBOR index which soon trended lower toward an interest rate of 2% or below all the way into 2019, with only a very slight rise in 2019, and soon reverted back to 2% in 2020 and 2021. On the other hand, WT/Fay/FV have insisted to further exhaust and inflict financial damages on the Hendels through pressuring Your Honor to issue an order for us to pay a monthly mortgage payment in 20-10237-JKS of $6,100 at 4.25% interest rate inflated by 225% from the contracted 2% through fraud, and cloak it as an Adequate Protection Payment (APP, which has an entirely

different legal definition and purpose). We had submitted exhaustive proof to the above statements in 20-10237-JKS. WT/FV and Mr. Schwalb have not supplied any dispute to this evidence and the allegation of their acts of frauds, nor supplied any evidence to support the notion that their fraud was not a fraud, neither has Your Honor done so, other than an arbitrary and capricious statement that Your Honor did not see the 12-page fraud as a fraud, and that the Hendels had not "convinced" Your Honor of it being a fraud. This casual and off-the-cuff statement appears to us as no different as an attempt to white-wash/launder brazen and obvious financial institutional crimes from the bench.

10.      Your Honor had stated in a recent hearing that if we had legal representation, our attorney would have told us that "during Bankruptcy we are legally obligated to continue to pay full loan payments on both of our secured loans." This, in Your Honor's action from the bench also has meant for us to pay whatever these financial institutions demanded. This statement is also inconsistent with our experience of attorney representation, what BofA/ WT/Fay had told us during our 2016 Chapter-11 bankruptcy through the advice and guidance of Attorney Byck (to protect us from Chubb and State Judge T. J. Walsh colluded blackmail to force us to sign a Global and General Release (GGR), and online lessons provided by the American Bankruptcy Institute (ABI). BofA told us that we did not need to and should not continue to make loan payments during Bankruptcy, which BofA said was delaying our becoming eligible for the BofA LMAP and had hampered BofA from being able to offer us LMA. The now deceased Mr. Byck told us, that in his long years of experience, banks offer bankrupt borrowers substantially better Loan Modifications to move the loan off the books, and as he was instructed by BofA, we needed to STOP make mortgage payments to prove our inability to make payments in order to become eligible for BofA's LMAP. When Fay Servicing showed up in November 2017 claiming to have taken over our first mortgage from BofA, they told us and Mr. Byck that WT and Fay would make good on BofA's LMAP promise, and that BofA's eligibility requirements and instructions stood. When Attorney Courtney Schael was about to take over as our attorney after Mr. Byck's passing (and before she was frightened into quitting after Mr. Mezzacca called her a few times), she told us that Fay Servicing should not have requested that we pay APP and the Court should NOT have ordered us to pay the APP WT/Fay/FV demanded, because the equity in our home was so large that the value of our home would NEVER risk falling or depreciating below the sum of the two BofA loans, and she would proceed to appeal the APP Order. She was also quite confident that Fay Servicing and Select Portfolio Servicing would have little choice but to make good with a genuine LMA under SEC and CFPB regulations,

their own website publications, and the LM application invitations they sent to us, which were followed by our dutiful and documented applications each time. Upon recent and further inspection of the alleged August 2006 BofA-Hendel 5/1 ARM Note submitted by WT/Fay/FV to the State's Foreclosure Court and as Proof of Claim to Your Honor's Court, we find it also to contain sentences that made no sense, and likely was a poor alteration con-job made by one or more of the parties involved in conducting the foreclosure fraud. **(Addendum I).**

**For the above reasons, we assert that many of Your Honor's actions, inactions and words spoken and unspoken in 20-10237-JKS and so far in this case (21-18847-JKS) appear to be biased favoring the side of the bankers, and hostile against us—the Hendels**—the productive and law abiding citizen taxpayers who happen to have something the bankers want, who have been looting and desiring to take possession from us—our Intellectual Properties. Our historically significant and magnificent home with large equity in it, which their lawyers have been targeting to get their hands on since the filing of UNN-L-3484-13 by their co-conspirators, or sooner, which the bankers have only been happy to enable the lawyers and their co-conspirators to steal and loot as a bonus for their actions to destroy us for the bankers. Many of Your Honor's actions and spoken words in the hearings appear arbitrary and capricious, in error and biased on the bankers and their lawyer's side and hostile to us, thus could be and were perceived as encouraging and even desiring to aid and abet the bankers and their lawyers' RICO crimes, deceptions, frauds, and predatory looting against us, and the Fraud on the Court they have committed As a result, WT/Fay/FV have been emboldened in believing that Your Honor would support whatever they want and do, regardless of how brazenly false, dishonest, in bad-faith and predatory and criminal it was. They had proclaimed to the State Court in the fall of 2021, that Your Honor had "adjudicated" the 12-page "Loan Modification to Step-Rate Periods" document in March 2021 (and adjudicated their other lies and frauds) and marched the 12-page fraud out of hiding. **On the other hand, we perceived that Your Honor at the end decided to toss the hot-potato task of adjudicating/laundering the fraud (and crime) of the bankers and their lawyers back to the State Court. Your Honor knows what Your Honor intended to do, what you actually did do and what it meant, and now have a responsibility to clarify the perceived "adjudicating" ruling proclaimed by WT/Fay/FV.**

If Your Honor have indeed "adjudicated" the banking, financial, mortgage and loan modification frauds evidenced by this 12-page "Loan Modification to Step-Rate Periods"

document as WT/Fay/FV has claimed, ignoring such crimes also evidenced by a large body of documented facts from the bankers' own websites and SEC, CFPB, DOJ publications and rulings, as well as a large body of Court rulings in other States which we had submitted to 20-10237-JKS but which were ignored by the banks, their lawyers and Your Honor. The "adjudication" proclaimed by WT/Fay/FV has had no basis in fact or law and was never argued for, but merely stated as a fact by proclamation, we request that Your Honor provide the factual and legal basis for the perceived/proclaimed "adjudication," assuming that WT/Fay/FV indeed perceived and proclaimed Your Honor's statements and rulings correctly.

We believe that at this time, we have exhausted all of the trust and confidence in our Court System we can possibly have. **Further investigations and determinations need to be made by SEC, CFPB, and DOJ** (which made a Settlement Agreement with BofA in 2012 prohibiting BofA and its agents from doing exactly that what they have done to us, documentation of which we had submitted to Your Honor in 20-10237-JKS but which was ignored) of whether this 12-page document can possibly be legitimate, and that the 10 years of bad-faith practices, abuses and assaults by staged thugs who also initiated the RICO crime Lawfare to lead to fraudulent foreclosure by WT/Fay and FV on the BofA-Hendel 2% Fixed-Rate mortgage and HELOC , their theft and looting of our wealth, our time, our peace and joy of life, our life's work, our Intellectual Properties, while scamming to loot our remaining tangible asset—our home, and to illicitly take possession of Intellectual Properties we own and they have been unlawfully using (by theft and by looting) through the judges and Courts they have corrupted, **while brazenly and openly proclaiming that they want to boot us out of our home, their determination to do so ASAP, can possibly be lawful deeds.** Or to determine that in reality and by law these are willful, treasonous and inhumane RICO crimes against us and against America.

**Law requires that contracts and orders related to the contracts be vitiated/nulled when a fraud related to the contracts or orders was committed.** There have been numerous frauds and crimes committed against us by this diabolical group of bankers and their representatives over the past ten years. However, the history of the RICO crime and Lawfare cases we have endured at the State Courts and in USDC-DNJ/Newark has proven that the State Courts and this Court do not have the integrity or courage to rule according to law, and against the illicit and *predatory interest of the bankers and their lawyers. Nevertheless, Your Honor is welcome to* show the people of the State **that Your Honor in the end, will demonstrate the integrity and courage required of a judge who represents justice, the people, and the rule of the law.**

**We are still focused on paying off these two weaponized mortgages but may not be able to do so given the interference we have experienced and continue to experience.** We motion the Court to order Fay Servicing, SPS and their lawyers to end their sabotage of our refinancing, to stop the further stripping/looting/exhausting of our financial capacity to further their goal of looting our remaining assets through this Court. We motion the Court to order the two loan servicers who have long records of complaints of their wrongdoings, who had courts outside of New Jersey penalize them with large fines (and even criminal convictions against at least 6 Wilmington Trust executives who were sentenced to years of jail time, public records of such are easily available with a Search on the Internet which we had previously provided to this Court), to now issue honest and reasonable Payoff Quotes, so that we can succeed in paying off these two weaponized BofA loans with refinancing from another lender, and to issue the Loan Modification required by law which they had pretended to offer but only used as a lure and an instrument of abuse. Allow us to exit Chapter 11 without being financially destroyed and get this case off Your Honor's docket and off our backs permanently. We deserve to regain peace, joy of life and time for physical exercise to regain our health, to conduct productive and innovative work to continue to benefit the American people and the world at large as we love to do and have done before the criminal RICO crime assaults began 10 years ago and stole 10 years of our life and nearly destroyed our health.

**Let us now discuss what may pass as reasonable payoff quotes from Fay Servicing and SPS on these two weaponized BofA-Hendel mortgages within a narrow context**

A. **On the BofA-Hendel first mortgage allegedly transferred to Wilmington Trust and serviced by Fay Servicing beginning in November 2017.**

1.    The only Fay Servicing statement we have ever received (through attorney Byck) was dated 06/10 /2019 as shown in **Exhibit 7 (**6th page-- the 3rd page after the first 3-page note explaining the 8-page document-set which follows). The statement alleged the owed mortgage balance to be **$1,345,316**, and the interest rate to be the 225%-inflated 4.25%, which according to the 2-pager on the faux "Modification to 2% Fixed Rate" Mr. Schwalb presented for BofA/WT and Fay in September 2020, **would not even begin until December 2020**. We were never notified of this unjustifiable predatory and unlawful interest rate hike, but only found it in the 2-pager fraud Mr. Schwalb presented in September 2020 in 20-10237-JKS.

2.   On the other hand, we have repeatedly received Fay Servicing's bad-faith invitations for us to officially apply for Loss Mitigation or Loan Modification, telling us to remain "eligible" (as BofA required) when WT/Fay/FV appeared in 11/2017 to announce that the trio had taken over our mortgage from BofA. They repeatedly extended to us Loan Modification application invitations on paper in April 2018, then in February/March 2019, all the way to September 2019 (**Exhibit 11**). Fay also emphasized on its website that the company was fully committed to avoid Foreclosures and Sheriff's Sales and would "work with all borrowers" to find ways to ASSIST borrowers to avoid foreclosure. With us remaining naively trusting, and dutifully applied and supplied all documents Fay had demanded over the lengthy time periods, often not only onerous, intrusive,  but also repetitive—as if intentionally asking the same question repetitively until they get you to give the wrong answer they wanted from you. Attorney Byck told us to be patient, telling us that was just the slow-moving bureaucracy of financial institutions. No doubt, all of these repeated bad-faith fake LMA invitations, which Fay Servicing also publishes on its website have had the purpose of pretending to satisfy law and regulation requirements (and a CFPB Consent Decree issued in June/July 2017 against Fay Servicing's violations of these laws and regulations) governing banking, mortgages, and foreclosures (as WT/Fay/FV similarly did on page 6 of their Motion for Stay Relief paper DOC 28-1 similar to **EXHIBIT 1B**) to stringing us along. Through Attorney Byck, we supplied all of Fay's requested LM application document production demands no matter how onerous and intrusive they were, including requiring  us to sign a blank IRS document release form with the intended recipient of the IRS documents left blank, as well as banking and financial statements from Make Communications & Computing (MCC) **which has been used for supporting Dr. Lin-Hendel's patent activities, having nothing to do with a LMA application** due to  personal bankruptcy and the foreclosure frauds executed by WT/Fay/FV against our personal home. No doubt, their demanding financial information on MCC had been an attempt to dig-dirt on Dr. Lin-Hendel's patents, patent applications, and patent maintenance, which they failed to find any, leading to their premature and unexplained rejection of our LMA application prior to the March 31, 2019 date they announced to us and Mr. Byck in writing earlier as "deadline" for us to merely declare our intention/wish to apply for Fay's LMAP.

3.   There exists a very long and large record of onerous document production demands for the faux and fraudulent invitations extended from Fay Servicing to us to apply for LMA, and our diligent compliance to their onerous demands. If the Court so desires, we can submit these

records to the Court (likely to be close to a thousand pages or more), and also submit them to regulatory agencies governing consumer banking, mortgage, Loan Modification Assistance programs and foreclosure and Sheriff's Sale actions.

4.   We believe that by SEC, CFPB and DOJ regulations and rulings, BofA/WT/Fay cannot charge us interest when they had told us to stop struggling to make mortgage payments in order to be eligible for BofA's LMAP which as stated by BofA, would be designed to enable us to sustain new payment under LMA, even if our distressed financial condition (wholly caused by the RICO crimes and Lawfare master-minded by Chubb and BofA), and which was known to BofA and its agents WT/Fay/FV.

Exhibit **12A** shows the payment, interest and principal balance table calculated by an industry standard Loan Calculator using BofA/Fay's **false number $1,345,316.00 (which already pilfers from the Hendels by $217,117)** starting from March 2017 (the first month of non-payment resulting from BofA's repeated urging) through the present time at the contracted 2% fixed-rate widely advertised and solicited by BofA during 2011 and beyond.)

Exhibit **12B** shows an Excel spread sheet of the payment table shown in Exhibit 12A summing the total amount paid at the right side of the loan payment table, and synchronizing to the APP we have paid,  resulting in a payoff amount of  **$1,293,441.54** including the excess $217,117 and without any loan modification **(which is mandated by law for avoiding foreclosure, and which BofA and Fay had dangled in from of us from Sep. 2016 through Dec. 2019 to entrap us and run a foreclosure scam on us, while deceptively using the LMA lure to fake compliance, which was most recently repeated in WT/Fay FV's motion paper, Exhibit 1B**), and using a start-up number which had already pilfered the Hendels by $217,117.00 (See Addendum I).

Exhibit **12C** shows the 11/17/2021 **faux Sheriff-Sale** Fay/FV secretly entered for 11/17/2021 with the **sale price of $1,471,231.14** attempting to additionally extract another $177,790. The $1.61 million payoff quote Mr. Schwalb cited in the 3/29/2022 hearing represents an additional extraction of $138,768.86 from the Hendels, **summing to a total pilfering attempt of $533,676**.

Exhibit **12D** shows the 1098 tax form for Year-end 2021 which finally arrived through email on 3/29/2022, 3PM, which lists the "Outstanding mortgage principal" at **$1,328,632.69**, lessor than the Sheriff's Sale number of $1,471,231.14 **by $142,599**. Let us repeat, Mr. Schwalb stated in the 3/29/2022 hearing that he had a payoff quote From Fay at "**about $1.61 million,**

subtracting from Fay's own alleged 2021 Yearend principal balance of $1,328,632.69, indicates a pilfer attempted through their own two pilfering numbers (and not counting the earlier discrepancies involved in these numbers), of **additional $281,368 by using and abusing the Hon. Sherwood and the 21-18847-JKS Court.**

Exhibit 12E (Addendum I, Table 2, pg. 3) shows the honest principal balance taking into account the $103,930.36 APP we have paid to Fay so far, ending up to be at **$ 1,066,613.98,** entirely without Loan Modification Assistance as required by SEC, CFPB and DOJ, and dangled in front of by BofA/Fay—all the way to December 2019.

### How much have the Hendels been damaged through IP-Theft by BofA, M&T Bank, Wilmington Trust, Fay Servicing and Friedman Vartolo?

BofA/WT/M&T/Fay/FV combined have caused us at least $1 billion in damages in their collective theft/looting-use of the at least eight important and paradigm changing Internet patents we own since 2010, when gauged with recent examples of Court Ordered damage awards or settlements in: 1. Apple v. Samsung ($500 million damage award to Apple for Samsung using the round cornered iPhone design without authorization), 2. UPI vs. Huawei (with $450 million or more awarded to UPI for Huawei infringing on 6 wireless standards matter related patents UPI had acquired), and 3. ZeniMax Media v. Facebook/Oculus (Jury awarded $500 million damages to ZeniMax, which was halved by the judge to $250 million (plus $54 million in interests) for Oculus' theft of 3-lines of software code from its founders' ex-employer ZeniMax. Industry rumor has it that Facebook settled for $500 million to avoid appeal and risks in additional discoveries. Publicly available detailed references on these cases were previously provided to the Court.

The above estimate does not include Chubb, SPS and Credit Suisse's theft-use of these same patents, nor the large number of the banks' clients/partners/investors in the at least 50 of the largest CCP/PRC giant banks and other multinationals. They now want to steal additional hundreds of thousands from us-the patent owners through the two mortgages they have weaponized, after 10 years of conducting RICO crimes against us, stripped our wealth, putting us through hell and stealing 10 years of our life, while claiming bloated "attorney fees" which they've spent to abuse and commit crimes against us and to defraud SEC, CFPB, DOJ and the Courts. It is clear that the fudging and bloating of pay-off numbers have been intentionally aimed to diabolically maximize injuries on us, while attempting to reward the tools of crime with bonuses through our home, home equity and even remaining land assets.

**Fay Servicing has refused and failed to provide us with any account statements and payoff quotes up to the present time and have refused and deprived us of online access or any other access to our account information.**

Fay Servicing has persistently refused all of our requests for account statements. We also requested Fay to email us a payoff quote in early March 2022. The Fay Customer Service person answering the call stated that Fay could not email it to us, nor allow us online access to our account information, but would mail a 30-day payoff quote (valid for 30 days) to us within 4 to 5 days. We have received nothing as of 3/31/2022, nearly a month later. Apparently, Fay sent it to Mr. Schwalb, and he has kept it since, only revealing that he had it during the 3/29/2022 hearing, when Dr. Hendel asked for it again at the Court. He finally sent it to us on March 31, 2022, albeit inaccurate and dishonest intending to mislead/deceive the Court and to further defraud the Hendels.

**What would a reasonable but modest LMPA as BofA had conveyed to us look like?**

What would BofA proposed Loan Modification look like: **Exhibit 13A, 13B, 13C** show Loan Calculator calculations at the LMAP which BofA had conveyed to us and to Mr. Byck, claiming rate reduction to between 1% to 1.5% and combining the first mortgage and HELOC to the sum total of $1.3 million. We calculated the payment table at 1%, 1.25%, and 1.5%, which show modest monthly payment reductions which BofA said, by design and by law, would enable us to sustain the new payments under the BofA LMAP.  However, according to BofA's website publication on the subject, we should have become eligible in May 2017, not 6 months later as BofA told us. If BofA had enacted the LMAP in June 2017 as mandated by SEC, CFPB and the bank's 2012 Settlement with DOJ, BofA would never be able to use WT/Fay/FV to weaponize the first mortgage and then use SPS to weaponized the HELOC, to use WT/Fay/FV to run fraudulent foreclosure and to book fake Sheriff's Sale to repeatedly force us to file for Chapter-11 bankruptcy protections. Similarly done with bad-faith and lawless criminality, Judge T. J. Walsh's criminal "fee-threat" was compelled by Chubb for Chubb's use to force us into either signing a Global and General Release (GGR) for Chubb (and all Chubb clients who might have any liabilities vis a vis the Hendels, and all parties involved in the RICO crimes and Lawfare they have jointly committed against us), or face an alleged  half of a million dollars which Chubb said as it had spent on the law firm of White & Willaims and Mezzacca (to commit RICO crimes against us).  We declined the blackmail, and thus was forced into filing for the first Chapter- 11 protection in our life on or about 9/01/2016 to "protect us" from the criminal blackmail, opening the door for BofA to use the Chapter-11 to bring WT/Fay/FV on board to continue and expand the RICO crimes Chubb and BofA initiated against us.

WT/Fay/FV had also assured us and Mr. Byck that they were committed to make good on the LMAP BofA had conveyed to us, and that we needed to abide to BofA's eligibility condition, —i.e. not making loan payments. But what they have done was to continue to use the fake LMA lure to deceive us, to commit bad-faith practices, fraud, looting and clock-running to entrap, damage and harm us, and conduct dirt-digging fishing expedition, obviously intended for use in blackmailing us into signing an IP-theft liability release as Chubb had attempted but failed.

**The Impact of the egregiously fraudulent rate hike from 2% to 3% and 4.25%:**

**Exhibit 14A** shows the loan payment table calculated at the fraudulently hiked rate to 3% by BofA as of December 1, 2016 while claiming to use it was automatically triggered by our bankruptcy filing and without mentioning a word of the 2-pager or 12 pager Loan Modification *frauds alleged already concocted in Nov/Dec 2011. BofA told us at the time that we did not* need to be concerned and should not be making payments during bankruptcy in any case, and repeated that our stop making payments would enable BofA to grant us LMAP, re-affirming to us that the rate after LM would drop to between 1% to 1.5%, and therefore the rate-hike to 3% was immaterial.

**Exhibit 14B** shows the loan table calculated for interest rate at a ridiculously 225% hiked 4.25% interest rate BofA/WT/Fay/FV sneaked in on us. Dramatic increase in monthly payments and Interest profits, and large decrease in principal balance reduction, can be seen from these calculations. Bankers BofA, WT/Fay and foreclosure/Sheriff-Sale/Bankruptcy specialist law firm FV all have deep knowledge of the devastating effect of hiking interest rates on borrowers and *did it through fraud and deception against us during our time of hardship entirely engineered* and perpetrated by them on us. This is to inflict engineered distress on homeowner borrowers, and then rob them blind by hiking rates instead of offering an LMAP as mandated by SEC, CFPB and DOJ, but to strike their victims maleficence with an illegal dual-track foreclosure, which are prohibited by CFPB, SEC and DOJ. Furthermore, they used a faux Sheriff's Sale listing to prevent us from refinancing with other lenders, force us into filing for Chapter 11 protection again, in another attempt to use and abuse the bankruptcy process to pressure the judge into converting the Chapter-11 into Chapter-7 or Chapter-13 in their scheme to take possession of the Hendels' Patent Portfolio.

Based on Addendum I calculations in Tables 1A, 1B and Table 2 which is also shown in Exhibit 12E, Fay shall be ordered to issue a Payoff Quote to us at no more than **$1,066,614.00**

as calculated in Table 2 of Addendum I, which is also shown in Exhibit 12 E, with the APP money credited to interest and principal, but without any Loan Modification Assistance.

A more honest and fair payoff quote for the 1st mortgage in accordance to the LMAP BofA had conveyed to us, and calculated at the mid-point of 1.25% with a very slight principal reduction from March 2017's beginning balance of $1,128,199 to $1,000,000, would be at **$925,198.72 as shown in Exhibit 13D at the 60% point between month 28 and month 29.** The monthly payment under this modest LMA is a moderate reduction to $3,638.09 vs the original unmodified monthly payment of $4,474.68, and **would have entirely avoided the foreclosure and bankruptcies, which the bankers and their lawyers have used and abused the tax-payer funded Court and Sheriff's Sale systems in their quest to squash and destroy the Hendels to side-step their very large Intellectual Property Theft Liabilities they have vis a vis the Hendels.**

B.    **Select Portfolio Processing (SPS)** has similarly invited us multiple times to apply for Loan Modification Assistance since it assumed the servicing role of the BofA-Hendel HELOC, which BofA had told it intended to fold it (the HELOC) into the first mortgage with BofA's LMAP. We did apply as instructed, but never received a reply from SPS. Instead SPS sent a shocking Payoff Statement behind our back to our Reverse Mortgage brokers to collude with Fay to sabotage our RM applications. It is worth noting that SPS has begun to use patents we own in stealth since December 2005, and SPS's 100% owner Credit Suisse has done the same. We notified SPS customer service representatives of this fact in December 2019, and again in writing to SPS CEO in 2021, and invited SPS to discuss licensing and royalty to convert the theft-use of our patents into authorized and licensed use. We have received no reply to today, demonstrating that SPS behaves identically to BofA, Chubb, WT (and M&T Bank), Fay and FV on the patent-theft matter. On the BofA-HELOC matter, SPS lawyer Mr. McDonough at least has not behaved as diabolically, nor as dishonestly as WT/Fay and FV's Mr. Schwalb.

In a SPS statement on the HELOC dated October 4, 2021 for Interest Rate and Payment for 11/01/2021, the principal balance is stated as 336,442.70 (**Exhibit 15A**) for a 10 year term at 2.24% interest rate. We have paid SSP a total of $19,855.84 in the name of APP (**Exhibit 15B**). A reasonable payoff quote at this time for the HELOC is **$320,284.73** with a part of the AAP going into interest payment at 2.24%. However, if we use what BofA had conveyed to us as what its LMAP would be and take the midpoint interest rate of 1.25%, and the upper bound of owed principal modification at $300,000 (between $250K and $300K, then applying the APP we have paid, a fairer payoff quote would be **$282,260.38.**

**In Conclusion, please allow us to remind Your Honor of the Oath of Office of a Judge, which to our understanding is to discern facts and truth from fabrications and lies, to uphold the rule of law, deliver justice, and be fair**

The Law requires that all contracts and orders be vitiated/nulled when a fraud related to the contracts was committed. If Your Honor is willing and have the integrity and courage to exercise the rule of Law and genuine fairness, we point to a courageous ruling by USDC-DCA bankruptcy judge Christopher Klein in a case involving BofA's abuse of consumer borrower clients **(14-2278 - Sundquist et al v. Bank of America, N.A. et al; Sundquist v. Bank of America, No. 10-35624, Adv. Proc. No. 14-2278 (Bankr. E.D. Cal. Jan. 18, 2018)).** Detailed information of the case was provided to Your Honor in 20-10237-JKS. Sundquists were treated nowhere near as diabolical and vicious, and not for as long of a time period as we have been, and with far smaller monetary damage inflicted as what BofA and their agents WT/Fay/FV have done to us. **Exhibit 16** shows a once in a life time opportunity for Your Honor to do something big for justice and for the people of New Jersey and the USA, to help New Jersey judges get out of the soul-crushing bench life of being pressured into support predatory financial institutions and their thug lawyers in committing RICO crimes to pilfer from productive citizens, while also helping to restore the integrity and reputation of USDC-DNJ/Newark, setting an example for other judges, especially the younger judges coming to the bench with a good  level of idealism to do great good, as we are certain that Your Honor once was.

However, if Your Honor is unwilling to see what these bankers and their lawyers have done to us as expertly plotted and executed non-stop RICO crimes over 10 years, and unwilling to deliver justice as law demands, we urge that Your Honor to leave this task to the SEC, CFPB and DOJ, and opt out by ordering Fay and SPS to issue reasonable and fair payoff quotes, and for them to cease and desist in sabotaging our refinancing, including Reverse Mortgage refinancing.

We hereby certify that all statements made in the motion paper are truthful, and factual to the best of our knowledge.

Respectfully Submitted on April 5, 2022

Dr. Catherine Lin-Hendel, Ph. D. Physics

Dr. Rudolf H. Hendel, Ph. D. Physics

Enclosures:

- Addendum 1 with Table I and II, and reference pages to the BofA and Fay generated key documents,

- Exhibits 1 through 16,

- Proposed Order and Certification of Service.

Proposed Order for Hendel 4/5/2022 Motion to 21-18847-JKS

This matter having come before me in 21-18847-JKS, and after thorough review of documents filed by all parties in this case and in the related 16-xxxxx-JKS and 20-10237-JKS, I here by

Order

Fay Servicing to issue a reasonable and honest payoff quote to the Hendels at the amount of:

## $925,198.72

Select Portfolio to issue a reasonable and honest payoff quote to the Hendels at the amount of:

## $282,260.38

These payoff quotes shall be fixed for the next two years to allow the Hendels to reasonably refinance the BofA-Hendel first mortgages and the BofA-Hendel HELOC after suffering years of abuses and interference to their refinancing opportunities.

NO hostile or sabotaging actions of any kind, on or off the courts shall be enacted by these two secured creditors, their agents, employees, lawyers or any co-conspirators.

Violation of this order shall be penalized to the maximum as permissible by law.

_____

The Hon. J. K. Sherwood