Dr. Rudolf Heinz Hendel, Ph.D.
Dr. Catherine Gwei-inn Lin-Hendel, Ph.D.
26 Ridge Road, Summit, New Jersey 07901
Tel: 908-273-3378; Cell for Dr. Hendel: 408-533-5847;
Cell for Dr. Lin-Hendel: 408-761-3559
rudihendel@gmail.com; linhendel@gmail.com

UNITED STATES BANKRUTCY COURT
DISTRICT OF NEW JERSEY

CASE NO. 021-18847-JKS
CHAPTER: 11
HON. JUDGE
JOHN K. SHERWOOD

In Re:
   Dr. Rudolf H. Hendel, Ph.D.
   Dr. Catherine G. Lin-Hendel, Ph.D.
      (the Hendels)

**Alleged Debtors**

**Proof of Service for:**

Hendek 5/25/2022 Replay to Fay Servicing 2nd Opposition the 4/5/2022 Hendel Motion for Honest and Fair Payoff Quotes

The undersigned certifies that the document package named above is served to the attorneys of record through emails and respectfully copied to Trustee US Attorney Mr. Peter J. D'Auria as follows:

Attorney Mr. Jonathan Schwalb for Wilmington Trust and Fay Servicing,
jschwalb@friedmanvartolo.com;

Attorney Mr. Douglas McDonough for MEB Trust and Select Portfolio Servicing,
DMcDonough@flwlaw.com;

US Trustee US Attorney Mr. Peter J. D'Auria,
Peter.J.D'Auria@usdoj.gov

Dr. Rudolf H. Hendel, Ph. D. Physics
Date: 5/25/2022