Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−18847−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rudolf H. Hendel                              Catherine G. Lin−Hendel
   26 Ridge Rd                                   26 Ridge Rd
   Summit, NJ 07901                              Summit, NJ 07901

Social Security No.:
   xxx−xx−4866                                   xxx−xx−3997

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      8/4/22
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
KENNETH DEGRAW, CPA
WITHUM SMITH & BROWN PC

COMMISSION OR FEES
$13,490.60

EXPENSES
$75.63

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 13, 2022
JAN: zlh

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-18847-JKS
Rudolf H. Hendel  Chapter 11
Catherine G. Lin-Hendel
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jul 13, 2022    Form ID: 137    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rudolf H. Hendel, Catherine G. Lin-Hendel, 26 Ridge Rd, Summit, NJ 07901-2952 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Trus, Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| acc | + | Kenneth J. DeGraw, Withum Smith & Brown, 200 Jefferson Park#400, Whippany, NJ 07981-1070 |
| 519453408 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519358553 | #+ | Frenkel Lambert Weiss Weisman & Gordon, 80 Main st Ste 460, West Orange nJ 07052-5414 |
| 519358552 | + | Friedman Vartolo LLP, 85 Broad St Ste 501, New York NY 10004-1734 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 20:50:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519358547 | + | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 20:53:48 | American Express, c/o Becket & Lee, PO BOX 3001, Malvern PA 19355-0701 |
| 519460895 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 20:54:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519358548 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 20:49:00 | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 519445811 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 13 2022 20:50:00 | Bank of America N.A., PO BOX 982284, El Paso, TX 79998-2284 |
| 519477451 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 20:49:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519358549 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:50 | Capital One, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 519452091 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519489114 | | Email/Text: ECF@fayservicing.com | Jul 13 2022 20:50:00 | Fay Servicing LLC, P.O. Box 814609, Dallas, TX 75381 |
| 519358551 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2022 20:50:00 | MEB Trust IV, c/o Select Portfolio Services, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519487683 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 13 2022 20:53:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519441246 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 20:54:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519484740 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519445810 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 20:53:50 | Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519358550 | + | Email/Text: ECF@fayservicing.com | Jul 13 2022 20:50:00 | Willmington Trust MFRA 2014-2, c/o Fay Servicing, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519358546 | *+ | IRS, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4