UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 JUL 19  P 12:04

JEANNE A. NAUGHTON
BY: _____
       DEPUTY CLERK

In re: Mr. Rudi Hendel and Catherine Lin-Hendel
            Debtor

Case No. 21-18847 JKS
Reporting Period June 1, 2022 - June 30, 2022

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | See Summary and bank account analysis of personal accounts: TD Bank x5519, TDx5056, TDx3977, BOA x3019. |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | N/A |
| Copies of bank statements |  | See attached. | Bank statements for the accounts listed above. |
| Cash disbursements journals |  | N/A | N/A |
| Statement of Operations |  | N/A | N/A |
| Balance Sheet |  | N/A | N/A |
| Status of Postpetition Taxes |  | N/A | N/A |
| Copies of IRS Form 6123 or payment receipt |  | N/A | N/A |
| Copies of tax returns filed during reporting period |  | N/A | N/A |
| Summary of Unpaid Postpetition Debts |  | N/A | N/A |
| Listing of aged accounts payable |  | N/A | N/A |
| Accounts Receivable Reconciliation and Aging |  | N/A | N/A |
| Debtor Questionnaire |  | N/A | N/A |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed] Rudolf Hendel_        Date  7/18/2022
Signature of Debtor

_[signed] Catherine Lin-Hendel_  Date  7/18/2022
Signature of Joint Debtor

_____        Date  _____
Signature of Authorized Individual*

_____        _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

(9/99)                                                    FORM MOR (INDV)

In re: Mr. Rudi Hendel and Catherine Lin-Hendel  
Debtor

Case No. 21-18847 JKS  
Reporting Period June 1, 2022 - June 30, 2022

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 5,835.91 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 0.00 | 0.00 |
| Lithoptek Distribution | 18,000.00 | 134,773.53 |
| Manufac Distribution | 0.00 | 10,000.00 |
| Social Security and Pension Income | 5,598.80 | 42,418.40 |
| Sale of Assets | 0.00 | 0.00 |
| Other Income (attach schedule) | 0.03 | 3,201.31 |
| **Total Receipts** | $ 23,598.83 | $ 190,393.24 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | - | - |
| Clothes/Laundry | 346.47 | 361.42 |
| Cash | - | 800.00 |
| Utilities | 3,248.45 | 14,453.39 |
| Insurance | 1,119.17 | 20,438.59 |
| Mail/USPS | 101.70 | 345.37 |
| Auto Expense | - | - |
| Gas | 67.86 | 999.93 |
| IRA Contributions | - | - |
| Repairs and Maintenance | - | - |
| Medical Expenses | 1,018.51 | 3,879.42 |
| Household Expenses/Miscellaneous | 1,093.37 | 24,495.60 |
| Car | - | 125.00 |
| Food | 944.98 | 8,315.21 |
| Charitable Contributions | 141.89 | 890.48 |
| Internet/phone | 507.04 | 4,362.21 |
| Furniture | 1,267.37 | 2,958.69 |
| Taxes - Real Estate | - | - |
| Taxes - Personal Property | - | 41,537.98 |
| Taxes - Other (attach schedule) | - | 26,633.03 |
| Professional Fees | - | 3,209.05 |
| Loan Servicing | 9,289.61 | 65,027.27 |
| Other (attach schedule) | - | - |
| **Total Ordinary Disbursements** | $ 19,146.42 | $ 218,832.64 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees | - | - |
| Other Reorganization Expenses (attach schedule) | - | 360.85 |
| **Total Reorganization Items** | $ - | $ 360.85 |
| **Total Disbursements (Ordinary + Reorganization)** | $ 19,146.42 | $ 219,193.49 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | $ 4,452.41 | $ (28,800.25) |
| **Cash - End of Month (Must equal reconciled bank statement)** | $ 10,288.32 | $ (28,800.25) |

In re: Mr. Rudi Hendel and Catherine Lin-Hendel        Case No. 21-18847 JKS
                Debtor                                           Reporting Period June 1, 2022 - June 30, 2022

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| See attached individual bank account tabs for detailed breakdown of these categories. | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

June 1, 2022 - June 30, 2022

| | Beginning Balance | Deposits | | | | | | Withdrawals | | | | | | | | | | | | | | | | | Total Withdrawals | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lithoptek Distribution | Manufac Distribution | Social Security | Misc. | Transfers In | Total Deposits | Car/Tolls | Cash | Charitable Contributions | Clothes/ Laundry | Food | Gas | Internet/Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Insurance | Utilities | Furniture | Professional fees | Taxes - USA Tax Payment | Property Taxes | Loan Servicing | Transfers Out | | |
| TD x5519 | $ 2,052.64 | 18,000.00 | - | - | - | - | 18,000.00 | - | - | - | 284.79 | 184.86 | - | 1.99 | - | 73.99 | 595.92 | 155.66 | - | - | - | - | - | - | 9,289.61 | - | 11,854.19 | $ 8,198.45 |
| TD x5056 | $ 527.62 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ 527.62 |
| TD x3977 | $ 3,255.65 | - | - | 5,598.80 | 0.03 | - | 5,598.83 | - | - | 141.89 | 61.68 | 760.12 | 67.86 | 505.05 | - | 27.71 | 422.59 | 937.71 | 1,119.17 | 3,248.45 | 1,267.37 | - | - | - | - | - | 7,292.23 | $ 1,562.25 |
| BOA x3019 | $ 5,835.91 | 18,000.00 | - | 5,598.80 | 0.03 | - | 23,598.83 | - | - | 141.89 | 346.47 | 944.98 | 67.86 | 507.04 | - | 101.70 | 1,018.51 | 1,093.37 | 1,119.17 | 3,248.45 | 1,267.37 | - | - | - | 9,289.61 | - | 19,146.42 | $ 10,288.32 |
| Cumulative as of 6/30/2022 | 134,773.53 | 10,000.00 | 42,418.40 | 3,201.31 | | | 190,393.24 | 125.00 | 800.00 | 890.48 | 361.42 | 8,315.21 | 999.53 | 4,362.21 | 360.85 | 345.37 | 3,879.42 | 24,995.60 | 20,438.59 | 14,453.39 | 2,958.69 | 3,209.05 | 26,633.03 | 41,537.98 | 65,027.27 | | 219,193.49 | (28,800.25) |

Total cumulative transfer amounts have been deducted from the total deposits and total withdrawals amount to tie to the total receipts and total disbursements amounts on the FORM MOR1 INDV tab. See footnotes in FORM MOR1 INDV for further details.



TD Bank account ending x5519
Bank Statement Analysis
June 1, 2022 - June 30, 2022

| Statement Date | Beginning Balance | Deposits | | | | | Total Deposits | Withdrawals | | | | | | | | | | | | | Transfer to Taxes - US | | | Transfer between accounts | Total Withdrawals | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lithoptek Distribution | Manufac Distribution | Social Security | Misc | Transfer between accounts | | Car/Tolls | Cash | Charitable Contributions | Clothes/ Laundry | Food | Gas | Insurance | Internet/ Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Utilities | Loan Servicing | Furniture | Misc. | TD Account | Treasury Payment | Property Taxes | | | |
| 6/1/2022 - 6/30/2022 | $ 2,052.64 | 18,000.00 | - | - | - | - | 18,000.00 | - | - | - | 284.79 | 184.86 | - | - | 1.99 | - | 73.99 | 595.92 | - | 9,289.61 | 1,267.37 | 155.66 | - | - | - | - | 11,854.19 | $ 8,198.45 |

Legal and Bankruptcy Chapter 11 items include certified checks for fees to Bankruptcy Court.



**TD Bank account ending x5056**
**Bank Statement Analysis**
**June 1, 2022 - June 30, 2022**

| Statement Date | Beginning Balance | Deposits ||||| Withdrawals |||||||||||| Total Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lithoptek Distribution | Social Security | Misc. | Total Deposits | Car/Tolls | Cash | Clothes/Laundry | Food | Gas | Insurance | Internet/Phone | Legal/Chapter 11 Related | Mail - USPS | Medical | Misc. | Savings | Taxes | Transfers | Utilities | Transfer between accounts | | |
| 6/1/2022-6/30/2022 | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ - |

B   This account was closed.

TD Bank account ending x3977
Bank Statement Analysis
June 1, 2022 - June 30, 2022

| Statement Date | Beginning Balance | Deposits | | | | Withdrawals | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lithoptek Distribution | Social Security | Misc. | Total Deposits | Car/Tolls | Cash | Clothes/ Laundry | Food | Gas | Insurance | Internet /Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Savings | Taxes | Transfers | Utilities | Transfer between accounts | Total Expenses | Ending Balance |
| 6/1/2022 - 6/30/2022 | $ 527.62 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ 527.62 |

BoA account ending x3019
Bank Statement Analysis
June 1, 2022 - June 30, 2022

| Statement Date | Beginning Balance | Deposits | | | | | Total Deposits | Withdrawals | | | | | | | | | | | | | | Total Expenses | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lithoptek Distribution | SSA Treas 310 | Social Security | Misc. | Transfer from TD x5519 | | Car/Tolls | Cash | Clothes/ Laundry | Charitable Contributions | Food | Gas | Insurance | Internet/ Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Professional fees | Taxes | Property Tax | Transfers | Utilities | | |
| 6/1/2022 - 6/30/2022 | $ 3,255.65 | - | 5,598.80 | - | 0.03 | - | 5,598.83 | - | - | 61.68 | 141.89 | 760.12 | 67.86 | 1,119.17 | 505.05 | - | 27.71 | 422.59 | 937.71 | - | - | - | - | 3,248.45 | 7,292.23 | $ 1,562.25 |



**withum+**

ADVISORY  TAX  AUDIT

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 JUL 19  A 11: 41

JEANNE A. NAUGHTON
BY: _____
   DEPUTY CLERK

July 12, 2022

**VIA REGULAR MAIL**

Honorable John K. Sherwood
United States Bankruptcy Court District of New Jersey
Federal Building
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

Re:   Rudolph Hendel and Catherin Lin-Hendel
      Case No. 21-18847 JKS

Dear Mr. Plasner,

Enclosed please find the June 2022 MORs attached Monthly Operating Report for Case No. 21-18847 JKS. Rudolph and Catherine Lin-Hendel no longer have counsel representation, and so we have no other form of filing. Please file on the docket on behalf of the debtors.

Respectfully,

Kenneth DeGraw, CPA
Partner, Forensic and Valuation Services

Enclosed

WithumSmith+Brown, PC   250 Pehle Avenue, Suite 104, Saddle Brook, New Jersey 07663   T (201) 265 2800   F (201) 265 8101   withum.com

AN INDEPENDENT MEMBER OF HLB - THE GLOBAL ADVISORY AND ACCOUNTING NETWORK



ORIGIN ID:TEBA (201) 265-2800
DINA AMALFITANO
WITHUM SMITH BROWN
250 PEHLE AVE
SUITE 104, PLAZA 2
SADDLE BROOK, NJ 07663
UNITED STATES US

SHIP DATE: 18JUL22
ACTWGT: 0.10 LB
CAD: 1176646/INET4490

BILL SENDER

TO HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY COURT NJ
FEDERAL BUILDING
50 WALNUT STREET, 3RD FLOOR
NEWARK NJ 07102
(646) 829-1440           REF: 44403940 -HENDEL
INV:
PO:                      DEPT:




TUE - 19 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 7774 1117 2478
0201

07102
NJ-US EWR

E2 VAKA



**Extremely Urgent**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 JUL 19 P 2:04
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK