| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | **Order Filed on July 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>Rudolf H. Hendel and Catherine G. Lin-Hendel,<br><br>Debtors. | CASE NO.: 21-18847-JKS<br><br>CHAPTER: 11<br><br>HON. JUDGE.:<br>John K. Sherwood<br><br>HEARING DATE:<br>January 11, 2022 at<br>10:00AM |

### ORDER GRANTING IN-REM RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, for in rem relief under 11 U.S.C. § 362(d)(4)(A) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated and in rem relief is granted to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X] Real property more fully described as: 26 Ridge Road, Summit, New Jersey 07901
[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the stay afforded by 11 U.S.C. § 362(a) be, and is hereby, modified to permit Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 26 Ridge Road, Summit, New Jersey 07901; and it is further

**ORDERED** that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C. § 362(a) as to Movant's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to Movant's interest in the Property; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance

Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.