UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Rudolf H. Hendel
    Catherine G. Lin-Hendel

| | |
|---|---|
| Case No.: | 21-18847 |
| Hearing Date: | July 21, 2022 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF THE COURT'S JUNE 15, 2022 ORDER
## ON FAIR AND HONEST PAYOFF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion for reconsideration of the Court's June 15, 2022 Order on Fair and Honest Payoff

("Motion") having been filed by the debtors, Rudolf H. Hendel and Catherine G. Lin-Hendel,

on July 7, 2022 [Doc. No. 81], and all interested parties having been duly served, and the Court

having considered all of the papers submitted along with the arguments by the debtors as well

as the secured lenders' attorneys, and for good cause shown, and for the reasons set forth on the

record at the hearing on July 20, 2022, it is hereby **ORDERED** that the Motion is **DENIED**.

*rev. 8/1/15*