Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−18847−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rudolf H. Hendel                           Catherine G. Lin−Hendel
26 Ridge Rd                                26 Ridge Rd
Summit, NJ 07901                           Summit, NJ 07901

Social Security No.:
xxx−xx−4866                                xxx−xx−3997

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/16/22 at 10:00 AM

to consider and act upon the following:

89 − Motion re: Disqualifying Judge Sherwood and Judge Arleo from Cases Involving the Hendels and to Expunge All Past Orders and Decisions made by the Two Judges, in addition to Motion to Expunge (RE: related document(s)75 Order (Generic), 77 Order (Generic), 85 Order on Motion For Relief From Stay, 87 Order on Motion To Reconsider, 88 Order Dismissing Case). Filed by Rudolf H. Hendel, Catherine G. Lin−Hendel. (Attachments: # 1 Exhibit A # 2 Exhibit B) (zlh)

Dated: 7/27/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court