UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rudolf H. Hendel
Catherine G. Lin-Hendel

Case No.: 21-18847

Hearing Date: July 21, 2022

Judge: John K. Sherwood

Chapter: 11

# ORDER DENYING MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 15, 2022 ORDER ON FAIR AND HONEST PAYOFF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion for reconsideration of the Court's June 15, 2022 Order on Fair and Honest Payoff ("Motion") having been filed by the debtors, Rudolf H. Hendel and Catherine G. Lin-Hendel, on July 7, 2022 [Doc. No. 81], and all interested parties having been duly served, and the Court having considered all of the papers submitted along with the arguments by the debtors as well as the secured lenders' attorneys, and for good cause shown, and for the reasons set forth on the record at the hearing on July 20, 2022, it is hereby **ORDERED** that the Motion is **DENIED**.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Rudolf H. Hendel  
Catherine G. Lin-Hendel  
    Debtors

Case No. 21-18847-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Jul 27, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rudolf H. Hendel, Catherine G. Lin-Hendel, 26 Ridge Rd, Summit, NJ 07901-2952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough  
     on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com

Jonathan C. Schwalb  
     on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com

U.S. Trustee  
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4