**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rudolf H. Hendel
Catherine G. Lin-Hendel

| | |
|---|---|
| Case No.: | 21-18847 |
| Hearing Date: | July 19, 2022 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the Notice of Objection to Confirmation of the Chapter 11 Plan [Doc. No. 53] filed by MEB Loan Trust IV ("MEB") and the Objection to Confirmation of Debtors' Proposed Chapter 11 Plan [Doc. No. 61] filed by Fay Servicing for Wilmington Trust, National Association, not in its individual capacity but solely as trustee for MFRA Trust 2014-2 ("Fay Servicing");

AND all interested parties having been served with the objections;

AND the Court having considered all papers in this bankruptcy case bearing on these matters;

AND the Court having also considered the arguments of the debtors, Rudolf H. Hendel and Catherine G. Lin-Handel, as well as the arguments of counsel for MEB and Fay Servicing:

AND good cause having been shown;

AND for the reasons set forth on the record of the hearing on July 19, 2022;

IT IS HEREBY ORDERED that:

1. This bankruptcy case is dismissed.

2. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this ORDER.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 21-18847-JKS

Rudolf H. Hendel                                                 Chapter 11

Catherine G. Lin-Hendel

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                              Page 1 of 1

Date Rcvd: Jul 27, 2022                    Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rudolf H. Hendel, Catherine G. Lin-Hendel, 26 Ridge Rd, Summit, NJ 07901-2952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4