| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**WITHUM SMITH+ BROWN, P.C.**<br>CERTIFIED PUBLIC ACCOUNTANTS<br>200 Jefferson Park, Suite 400<br>Whippany, NJ 07981<br>(973) 898-9494<br>Accountants for Debtor | Order Filed on August 5, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Rudolf H. Hendel** & **Catherine G. Lin-Hendel**<br><br>Debtor. | Case No. 21-18847-JKS<br><br>Chapter 11<br><br>Hearing Date:<br><br>Judge: Honorable John K Sherwood |

### ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION
### FOR COMPENSATION TO ACCOUNTANTS FOR THE DEBTOR

The relief set folth on the following pages, number two (2), is hereby **ORDERED.**

**DATED: August 5, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: **Rudolf H. Hendel** & **Catherine G. Lin-Hendel**

Case No.: 21-18847-JKS

Caption of Order:    **ORDER GRANTING ALLOWANCES ON FffiST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR DEBTOR**

---

The Court finds that the persons named below filed an application for compensation on July 13, 2022 [ECF No. 82], and that notice and an opportunity for hearing were given to creditors and other parties in interest as required, and that no objection was filed to the application, and for good shown, it is hereby:

ORDERED that compensation and expenses are allowed as follows:

<u>APPLICANTS</u>

Kenneth J. DeGraw, Accountant,         Compensation  $13,490.60      Expenses $75.63

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-18847-JKS
Rudolf H. Hendel  Chapter 11
Catherine G. Lin-Hendel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 1
Date Rcvd: Aug 05, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

Recip ID         Recipient Name and Address
db/jdb        +  Rudolf H. Hendel, Catherine G. Lin-Hendel, 26 Ridge Rd, Summit, NJ 07901-2952

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4