**FILED**
AUG 0 8 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

JEANNE A. NAUGHTON, CLERK
2022 AUG -8 P 1:59

1  Dr. Rudolf Heinz Hendel, Ph.D.
2  Dr. Catherine Gwei-inn Lin-Hendel, Ph.D.
   26 Ridge Road, Summit, New Jersey 07901
3  Tel: 908-273-3378; Cell for Dr. Hendel: 408-533-5847
   Cell for Dr. Lin-Hendel: 408-761-3559
4  rudihendel@gmail.com; linhendel@gmail.com

## UNITED STATES BANKRUTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Wilmington Trust (WT) / Fay Servicing (Fay), MEB Trust / Select Portfolio Servicing (SPS)<br><br>**Alleged Secured Creditors**<br><br>v. Dr. Rudolf H. Hendel, Ph.D.<br>Dr. Catherine G. Lin-Hendel, Ph.D.<br>(the Hendels)<br><br>**Alleged Debtors** | CASE NO.: 21-18847-JKS<br>CHAPTER: 11<br>HON. JUDGE<br>JOHN K. SHERWOOD<br><br>Notice of Intent to Seek Appellate Review of Judge Sherwood's Orders (i) granting the In Rem Motion, (ii) denying the Motion for Reconsideration, (iii) dismissing the bankruptcy case and (iv) denying the motion to disqualify Judge Sherwood and Judge Arleo from cases involving the Hendels and to expunge all past orders and decisions made by the two judges. |

### Related Cases

| | |
|---|---|
| Chapter 11 Cases necessitated by the RICO crimes committed by alleged Secured Creditors as agents of BofA and Chubb via State Courts, And Presided by Hon. Sherwood:<br>16-27152-JKS; 20-10237-JKS; 21-18847-JKS<br><br>Connected to and Co-Conspired with:<br><br>State Court Lawfare & Foreclosure Fraud Cases driving the Chapter 11 filing by the Hendels:<br>UNN-L-3484-13 (Appeal A-5524-17T2)<br>Foreclosure: F-014844-18 (Appeal A-000712-19) | Patent Infringement and RICO crime Complaints against the named criminal financial institutions, Presided by Hon. Arleo<br>Defendant Chubb: 17-CV-5562<br>**Patent Infringements and RICO Crimes:**<br>2:19-CV-14707:<br>Defendants: M&T Bank, WT, Fay, FV, Chubb, BofA<br>2:19-CV-16372: v. Agriculture Bank of China<br>2:19-CV-16373: v. China Merchants Group<br>2:19-CV-21341: v. Saudi Aramco |

8/8/2022 NOTICE OF INTENT TO SEEK APPELLATE REVIEW OF JUDGE SHERWOOD'S ORDERS
PG 1 OF 3

Please consider this as the required notice for Appellate Review by Dr. Rudolf H. Hendel and Dr. Catherine Lin-Hendel on Orders entered by Judge Sherwood, denying the Motion for Reconsideration (21-18847_DOC-87), Ordering Dismissal of 21-18847 (21-18847_DOC-88) and granting an Order for In Rem Relief (21-18847_DOC-85).

The Hendels had also filed a Motion to Disqualify Judge Sherwood and Judge Arleo from cases involving the Hendels and to expunge all past orders and decisions made by the two judges (the Disqualification Motion 21-18847_DOC-89). This Motion was DENIED based on the self-proclaimed argument that Judge Sherwood lacked jurisdiction to rule, as the Debtors' bankruptcy case had been dismissed. The Hendel motion to Disqualify (21-18847_DOC-89) was filed and entered July 26, 2022. The Order for Dismissal was filed and entered into the Record on July 27, 2022. Since the Hendel Disqualification motion was filed before the Order for Dismissal, Judge Sherwood did not lack jurisdiction on the day the Motion to Disqualify was filed.

In addition, lacking Jurisdiction in the Motion for Disqualification would logically preclude Judge Sherwood from ruling on our Motion to Disqualify by denying the Motion. We are attaching this Motion to Disqualify for your convenience.

The Hendels therefore seek Appellate Review of Judge Sherwood's and Judge Arleo's biased rulings in the service of the Financial Institutions involved in this and related cases. The demonstrated compromised behavior as evidenced in their rulings and the Court Record

including Recordings of Hearings violates the Judicial Code of Conduct. Judge Arleo had already demonstrated servitude to Chubb and the Financial Institutions involved in persecuting the Hendels through the Courts in order to sidestep their liabilities in their demonstrated theft of intellectual properties in at least 8 patented inventions for more than ten years. The supervisory relationship between Judges Arleo and Sherwood has disabled and disqualified Judge Sherwood from his ability to uphold Justice according to facts and law.

We hereby certify that all statements made in the motion paper are truthful and factual to the best of our knowledge.

Respectfully Submitted on August 8, 2022

*[signature]*
Dr. Catherine Lin-Hendel, Ph. D. Physics

*[signature]*
Dr. Rudolf H. Hendel, Ph. D. Physics

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com |
| IN RE:<br><br>Rudolf H. Hendel and Catherine G. Lin-Hendel,<br><br>Debtors. |



Order Filed on July 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 21-18847-JKS

CHAPTER: 11

HON. JUDGE.:
John K. Sherwood

HEARING DATE:
January 11, 2022 at
10:00AM

**ORDER GRANTING IN-REM RELIEF FROM THE
AUTOMATIC STAY REGARDING REAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, for in rem relief under 11 U.S.C. § 362(d)(4)(A) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated and in rem relief is granted to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X] Real property more fully described as: 26 Ridge Road, Summit, New Jersey 07901
[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the stay afforded by 11 U.S.C. § 362(a) be, and is hereby, modified to permit Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 26 Ridge Road, Summit, New Jersey 07901; and it is further

**ORDERED** that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C. § 362(a) as to Movant's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to Movant's interest in the Property; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance

Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.