FILED
JEANNE A. NAUGHTON, CLERK
AUG 08 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY /s/ Chapman   DEPUTY
2022 AUG -8  P 1:59

Dr. Rudolf Heinz Hendel, Ph.D.
Dr. Catherine Gwei-inn Lin-Hendel, Ph.D.
26 Ridge Road, Summit, New Jersey 07901
Tel: 908-273-3378; Cell for Dr. Hendel: 408-533-5847
Cell for Dr. Lin-Hendel: 408-761-3559
rudihendel@gmail.com; linhendel@gmail.com

UNITED STATES BANKRUTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Wilmington Trust (WT) / Fay Servicing (Fay), MEB Trust / Select Portfolio Servicing (SPS)<br><br>**Alleged Secured Creditors**<br><br>v. Dr. Rudolf H. Hendel, Ph.D.<br>Dr. Catherine G. Lin-Hendel, Ph.D.<br>(the Hendels)<br><br>**Alleged Debtors** | CASE NO.: 21-18847-JKS<br>CHAPTER: 11<br>HON. JUDGE<br>JOHN K. SHERWOOD<br><br>Notice of Intent to Seek Appellate Review of Judge Sherwood's Orders (i) granting the In Rem Motion, (ii) denying the Motion for Reconsideration, (iii) dismissing the bankruptcy case and (iv) denying the motion to disqualify Judge Sherwood and Judge Arleo from cases involving the Hendels and to expunge all past orders and decisions made by the two judges. |

| Related Cases | |
|---|---|
| **Chapter 11 Cases necessitated by the RICO crimes committed by alleged Secured Creditors as agents of BofA and Chubb via State Courts, And Presided by Hon. Sherwood:**<br>16-27152-JKS; 20-10237-JKS; 21-18847-JKS<br><br>Connected to and Co-Conspired with:<br><br>**State Court Lawfare & Foreclosure Fraud Cases driving the Chapter 11 filing by the Hendels:**<br>UNN-L-3484-13 (Appeal A-5524-17T2)<br>Foreclosure: F-014844-18 (Appeal A-000712-19) | **Patent Infringement and RICO crime Complaints against the named criminal financial institutions, Presided by Hon. Arleo**<br>Defendant Chubb: 17-CV-5562<br>**Patent Infringements and RICO Crimes:**<br>2:19-CV-14707:<br>Defendants: M&T Bank, WT, Fay, FV, Chubb, BofA<br>2:19-CV-16372: v. Agriculture Bank of China<br>2:19-CV-16373: v. China Merchants Group<br>2:19-CV-21341: v. Saudi Aramco |

Please consider this as the required notice for Appellate Review by Dr. Rudolf H. Hendel and Dr. Catherine Lin-Hendel on Orders entered by Judge Sherwood, denying the Motion for Reconsideration (21-18847_DOC-87), Ordering Dismissal of 21-18847 (21-18847_DOC-88) and granting an Order for In Rem Relief (21-18847_DOC-85).

The Hendels had also filed a Motion to Disqualify Judge Sherwood and Judge Arleo from cases involving the Hendels and to expunge all past orders and decisions made by the two judges (the Disqualification Motion 21-18847_DOC-89). This Motion was DENIED based on the self-proclaimed argument that Judge Sherwood lacked jurisdiction to rule, as the Debtors' bankruptcy case had been dismissed. The Hendel motion to Disqualify (21-18847_DOC-89) was filed and entered July 26, 2022. The Order for Dismissal was filed and entered into the Record on July 27, 2022. Since the Hendel Disqualification motion was filed before the Order for Dismissal, Judge Sherwood did not lack jurisdiction on the day the Motion to Disqualify was filed.

In addition, lacking Jurisdiction in the Motion for Disqualification would logically preclude Judge Sherwood from ruling on our Motion to Disqualify by denying the Motion. We are attaching this Motion to Disqualify for your convenience.

The Hendels therefore seek Appellate Review of Judge Sherwood's and Judge Arleo's biased rulings in the service of the Financial Institutions involved in this and related cases. The demonstrated compromised behavior as evidenced in their rulings and the Court Record

including Recordings of Hearings violates the Judicial Code of Conduct. Judge Arleo had already demonstrated servitude to Chubb and the Financial Institutions involved in persecuting the Hendels through the Courts in order to sidestep their liabilities in their demonstrated theft of intellectual properties in at least 8 patented inventions for more than ten years. The supervisory relationship between Judges Arleo and Sherwood has disabled and disqualified Judge Sherwood from his ability to uphold Justice according to facts and law.

We hereby certify that all statements made in the motion paper are truthful and factual to the best of our knowledge.

Respectfully Submitted on August 8, 2022

*Catherine L. Hendel*

Dr. Catherine Lin-Hendel, Ph. D. Physics

*Rudolf Hendel*

Dr. Rudolf H. Hendel, Ph. D. Physics

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rudolf H. Hendel
Catherine G. Lin-Hendel

Case No.: 21-18847

Hearing Date: July 21, 2022

Judge: John K. Sherwood

Chapter: 11

## ORDER DENYING MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 15, 2022 ORDER ON FAIR AND HONEST PAYOFF

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 27, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

A motion for reconsideration of the Court's June 15, 2022 Order on Fair and Honest Payoff ("Motion") having been filed by the debtors, Rudolf H. Hendel and Catherine G. Lin-Hendel, on July 7, 2022 [Doc. No. 81], and all interested parties having been duly served, and the Court having considered all of the papers submitted along with the arguments by the debtors as well as the secured lenders' attorneys, and for good cause shown, and for the reasons set forth on the record at the hearing on July 20, 2022, it is hereby **ORDERED** that the Motion is **DENIED**.

*rev. 8/1/15*