FILED
JEANNE A. NAUGHTON, CLERK
AUG 08 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY /s/ Chapman DEPUTY
2022 AUG -8 P 1:59

1  Dr. Rudolf Heinz Hendel, Ph.D.
2  Dr. Catherine Gwei-inn Lin-Hendel, Ph.D.
   26 Ridge Road, Summit, New Jersey 07901
3  Tel: 908-273-3378; Cell for Dr. Hendel: 408-533-5847
   Cell for Dr. Lin-Hendel: 408-761-3559
4  rudihendel@gmail.com; linhendel@gmail.com

5                                         UNITED STATES BANKRUTCY COURT
6                                              DISTRICT OF NEW JERSEY

7  Wilmington Trust (WT) / Fay Servicing (Fay),       CASE NO.: 21-18847-JKS
   MEB Trust / Select Portfolio Servicing (SPS)
8                                                    CHAPTER: 11
            **Alleged Secured Creditors**             HON. JUDGE
9                                                    JOHN K. SHERWOOD
10
   v. Dr. Rudolf H. Hendel, Ph.D.
11    Dr. Catherine G. Lin-Hendel, Ph.D.             Notice of Intent to Seek Appellate Review of
                (the Hendels)                        Judge Sherwood's Orders (i) granting the In
12                                                   Rem Motion, (ii) denying the Motion for
            **Alleged Debtors**                      Reconsideration, (iii) dismissing the
13                                                   bankruptcy case and (iv) denying the motion
14                                                   to disqualify Judge Sherwood and Judge
                                                     Arleo from cases involving the Hendels and to
15                                                   expunge all past orders and decisions made by
                                                     the two judges.
16

17

18  ─────────────────────────────────────────────

19                                     **Related Cases**

20  | Chapter 11 Cases necessitated by the RICO crimes committed by alleged Secured Creditors as agents of BofA and Chubb via State Courts, And Presided by Hon. Sherwood: | Patent Infringement and RICO crime Complaints against the named criminal financial institutions, Presided by Hon. Arleo |
    |---|---|
    | 16-27152-JKS; 20-10237-JKS; 21-18847-JKS | Defendant Chubb: 17-CV-5562 |
    | Connected to and Co-Conspired with: | **Patent Infringements and RICO Crimes:** 2:19-CV-14707: Defendants: M&T Bank, WT, Fay, FV, Chubb, BofA |
    | **State Court Lawfare & Foreclosure Fraud Cases driving the Chapter 11 filing by the Hendels:** UNN-L-3484-13 (Appeal A-5524-17T2) Foreclosure: F-014844-18 (Appeal A-000712-19) | 2:19-CV-16372: v. Agriculture Bank of China 2:19-CV-16373: v. China Merchants Group 2:19-CV-21341: v. Saudi Aramco |

27

28

8/8/2022 NOTICE OF INTENT TO SEEK APPELLATE REVIEW OF JUDGE SHERWOOD'S ORDERS
                                                                        PG 1 OF 3

Please consider this as the required notice for Appellate Review by Dr. Rudolf H. Hendel and Dr. Catherine Lin-Hendel on Orders entered by Judge Sherwood, denying the Motion for Reconsideration (21-18847_DOC-87), Ordering Dismissal of 21-18847 (21-18847_DOC-88) and granting an Order for In Rem Relief (21-18847_DOC-85).

The Hendels had also filed a Motion to Disqualify Judge Sherwood and Judge Arleo from cases involving the Hendels and to expunge all past orders and decisions made by the two judges (the Disqualification Motion 21-18847_DOC-89). This Motion was DENIED based on the self-proclaimed argument that Judge Sherwood lacked jurisdiction to rule, as the Debtors' bankruptcy case had been dismissed. The Hendel motion to Disqualify (21-18847_DOC-89) was filed and entered July 26, 2022. The Order for Dismissal was filed and entered into the Record on July 27, 2022. Since the Hendel Disqualification motion was filed before the Order for Dismissal, Judge Sherwood did not lack jurisdiction on the day the Motion to Disqualify was filed.

In addition, lacking Jurisdiction in the Motion for Disqualification would logically preclude Judge Sherwood from ruling on our Motion to Disqualify by denying the Motion. We are attaching this Motion to Disqualify for your convenience.

The Hendels therefore seek Appellate Review of Judge Sherwood's and Judge Arleo's biased rulings in the service of the Financial Institutions involved in this and related cases. The demonstrated compromised behavior as evidenced in their rulings and the Court Record

including Recordings of Hearings violates the Judicial Code of Conduct. Judge Arleo had already demonstrated servitude to Chubb and the Financial Institutions involved in persecuting the Hendels through the Courts in order to sidestep their liabilities in their demonstrated theft of intellectual properties in at least 8 patented inventions for more than ten years. The supervisory relationship between Judges Arleo and Sherwood has disabled and disqualified Judge Sherwood from his ability to uphold Justice according to facts and law.

We hereby certify that all statements made in the motion paper are truthful and factual to the best of our knowledge.

Respectfully Submitted on August 8, 2022

_____
Dr. Catherine Lin-Hendel, Ph. D. Physics

_____
Dr. Rudolf H. Hendel, Ph. D. Physics

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rudolf H. Hendel
Catherine G. Lin-Hendel

| | |
|---|---|
| Case No.: | 21-18847 |
| Hearing Date: | July 19, 2022 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the Notice of Objection to Confirmation of the Chapter 11 Plan [Doc. No. 53] filed by MEB Loan Trust IV ("MEB") and the Objection to Confirmation of Debtors' Proposed Chapter 11 Plan [Doc. No. 61] filed by Fay Servicing for Wilmington Trust, National Association, not in its individual capacity but solely as trustee for MFRA Trust 2014-2 ("Fay Servicing");

AND all interested parties having been served with the objections;

AND the Court having considered all papers in this bankruptcy case bearing on these matters;

AND the Court having also considered the arguments of the debtors, Rudolf H. Hendel and Catherine G. Lin-Handel, as well as the arguments of counsel for MEB and Fay Servicing:

AND good cause having been shown;

AND for the reasons set forth on the record of the hearing on July 19, 2022;

IT IS HEREBY ORDERED that:

1. This bankruptcy case is dismissed.

2. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this ORDER.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*