UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re: Mr. Rudi Hendel and Catherine Lin-Hendel
Debtor

Case No. 21-18847 JKS
Reporting Period July 1, 2022 - July 31, 2022

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 AUG 16  P 3: 31

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | See Summary and bank account analysis of personal accounts: TD Bank x5519, TDx5056, TDx3977, BOA x3019. |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | N/A |
| Copies of bank statements | | See attached. | Bank statements for the accounts listed above. |
| Cash disbursements journals | | N/A | N/A |
| Statement of Operations | | N/A | N/A |
| Balance Sheet | | N/A | N/A |
| Status of Postpetition Taxes | | N/A | N/A |
| Copies of IRS Form 6123 or payment receipt | | N/A | N/A |
| Copies of tax returns filed during reporting period | | N/A | N/A |
| Summary of Unpaid Postpetition Debts | | N/A | N/A |
| Listing of aged accounts payable | | N/A | N/A |
| Accounts Receivable Reconciliation and Aging | | N/A | N/A |
| Debtor Questionnaire | | N/A | N/A |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Rudolf Hendel_    8/13/2022
Signature of Debtor    Date

_Catherine Hendel_    8/13/2022
Signature of Joint Debtor    Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

(9/99)

FORM MOR (INDV)

In re: Mr. Rudi Hendel and Catherine Lin-Hendel  
Debtor

Case No. 21-18847 JKS  
Reporting Period July 1, 2022 - July 31, 2022

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**  
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 10,288.32 | |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 0.00 |
| Lithoptek Distribution | 20,500.00 | 155,273.53 |
| Manufac Distribution | 0.00 | 10,000.00 |
| Social Security and Pension Income | 5,598.80 | 48,017.20 |
| Sale of Assets | 0.00 | 0.00 |
| Other Income (attach schedule) | 0.02 | 3,201.33 |
| Total Receipts | $ 26,098.82 A | $ 216,492.06 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | - | - |
| Clothes/Laundry | - | 361.42 |
| Cash | 300.00 | 1,100.00 |
| Utilities | 662.19 | 15,115.58 |
| Insurance | - | 20,438.59 |
| Mail/USPS | 55.55 | 400.92 |
| Auto Expense | - | - |
| Gas | 117.69 | 1,117.62 |
| IRA Contributions | - | - |
| Repairs and Maintenance | - | - |
| Medical Expenses | 932.57 | 4,811.99 |
| Household Expenses/Miscellaneous | 3,050.53 | 27,546.13 |
| Car | - | 125.00 |
| Food | 862.66 | 9,177.87 |
| Charitable Contributions | 181.00 | 1,071.48 |
| Internet/phone | 1,005.03 | 5,367.24 |
| Furniture | 140.33 | 3,099.02 |
| Taxes - Real Estate | - | - |
| Taxes - Personal Property | - | 41,537.98 |
| Taxes - Other (attach schedule) | - | 26,633.03 |
| Professional Fees | - | 3,209.05 |
| Loan Servicing | 9,289.61 | 74,316.88 |
| Other (attach schedule) | - | - |
| Total Ordinary Disbursements | $ 16,597.16 | $ 235,429.80 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | - | - |
| Other Reorganization Expenses (attach schedule) | - | 360.85 |
| Total Reorganization Items | $ - | $ 360.85 |
| Total Disbursements (Ordinary + Reorganization) | $ 16,597.16 B | $ 235,790.65 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ 9,501.66 | $ (19,298.59) |
| Cash - End of Month (Must equal reconciled bank statement) | $ 19,789.98 C | $ (19,298.59) |

A Total receipts will not tie to total deposits on the Summary tab by the amount of transfers between Debtor's accounts ($500). Transfers are counted as deposited income per the bank statement analysis, but they are not income for the purposes of this analysis.  
B Total disbursements will not tie to total withdrawals on the Summary tab by the amount of transfers between Debtor's accounts ($500). Transfers out are counted as withdrawals per the bank statement analysis, but they are not disbursements for the purposes of this analysis. Additionally, the cumulative amount will not tie by $500 which is the cumulative amount of the transfers.  
C Note that there is no difference between the deposits and receipts and the difference between disbursements and withdrawals is $500 due to an account transfer. Therefore, end of month cash per this analysis does not tie to end of month balance on the Summary tab per the bank account analysis.

In re: Mr. Rudi Hendel and Catherine Lin-Hendel  
  Debtor

Case No. 21-18847 JKS  
Reporting Period July 1, 2022 - July 31, 2022

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| See attached individual bank account tabs for detailed breakdown of these categories. | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

July 1, 2022 - July 31, 2022

| | Beginning Balance | Deposits | | | | | | Withdrawals | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lithoptek Distribution | Manufac Distribution | Social Security | Misc. | Transfers In | Total Deposits | Car/Tolls | Cash | Charitable Contributions | Clothes/ Laundry | Food | Gas | Internet/Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Insurance | Utilities | Furniture | Professional fees | Taxes - USA Tax Payment | Property Taxes | Loan Servicing | Transfers Out | Total Withdrawals | Ending Balance |
| TD x2519 | $ 8,198.45 | 18,000.00 | - | - | - | - | 18,000.00 | - | - | - | - | 263.69 | - | 1.99 | - | 22.75 | 571.47 | 2,189.13 | - | - | 140.33 | - | - | - | 9,289.61 | - | 12,569.97 | $ 13,628.48 |
| TD x5056 | $ 527.62 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ 527.62 |
| TD x2977 | $ 1,562.25 | 2,500.00 | - | 5,598.80 | 0.02 | 500.00 | 8,598.82 | - | 300.00 | 90.00 | - | 598.97 | 117.69 | 1,003.04 | - | 32.80 | 361.10 | 861.40 | - | 662.19 | - | - | - | - | - | - | 4,027.19 | $ 6,133.88 |
| BOA x3019 | $ 10,288.32 | 20,500.00 | - | - | - | - | 20,500.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,597.16 | $ 20,289.98 |
| | | | | 5,598.80 | 0.02 | 500.00 | 26,598.82 | - | 300.00 | 181.00 | - | 862.66 | 117.69 | 1,005.03 | - | 55.55 | 932.57 | 3,050.53 | - | 662.19 | 140.33 | - | - | - | 9,289.61 | - | 16,597.16 | $ 20,289.98 |
| Cumulative as of 7/31/2022 | 155,273.53 | 10,000.00 | 48,017.20 | 3,201.33 | | 216,492.06 | 125.00 | 1,100.00 | 1,071.48 | 361.42 | 9,177.87 | 1,117.62 | 5,367.24 | 360.85 | 400.92 | 4,811.99 | 27,546.13 | 20,438.59 | 15,115.58 | 3,099.02 | 3,209.05 | 26,633.03 | 41,537.98 | 74,316.88 | | 235,790.65 | (19,298.59) |

Total cumulative transfer amounts have been deducted from the total deposits and total withdrawals amount to tie to the total receipts and total disbursements amounts on the FORM MOR1 INDV tab. See footnotes in FORM MOR1 INDV for further details.

**TD Bank account ending x5519**
**Bank Statement Analysis**
**July 1, 2022 - July 31, 2022**

| Statement Date | Beginning Balance | Deposits | | | | | | Withdrawals | | | | | | | | | | | | | | | Total Withdrawals | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lithoptek Distribution | Manufac Distribution | Social Security | Misc | Transfer between accounts | Total Deposits | Car/Tolls | Cash | Charitable Contributions | Clothes/ Laundry | Food | Gas | Insurance | Internet/ Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Utilities | Loan Servicing | Furniture | Misc. | Transfer to TD Account | Taxes - US Treasury Payment | Property Taxes | Transfer between accounts | | |
| 7/1/2022 - 7/31/2022 | $ 8,198.45 | 18,000.00 | - | - | - | - | 18,000.00 | - | - | 91.00 | - | 263.69 | - | - | 1.99 | A | 22.75 | 571.47 | - | 9,289.61 | 140.33 | 2,189.13 | - | - | - | - | 12,569.97 | $ 13,628.48 |

A Legal and Bankruptcy Chapter 11 items include certified checks for fees to Bankruptcy Court.

**TD Bank account ending x5056**
**Bank Statement Analysis**
**July 1, 2022 - July 31, 2022**

| Statement Date | Beginning Balance | Deposits | | | | Total Deposits | Withdrawals | | | | | | | | | | | | | Transfer between accounts | Total Expenses | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lithoptek Distribution | Social Security | Misc. | | | Car/Tolls | Cash | Clothes/ Laundry | Food | Gas | Insurance | Internet /Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Savings | Taxes | Transfers | Utilities | | | |
| 7/1/2022-7/31/2022 | $  - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $  - |
| B  This account was closed. | | | | | | | | | | | | | | | | | | | | | | | | |



TD Bank account ending x3977
Bank Statement Analysis
July 1, 2022 - July 31, 2022

| Statement Date | Beginning Balance | Deposits | | | | Withdrawals | | | | | | | | | | | | | | | Total Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Lithoptek Distribution | Social Security | Misc. | Total Deposits | Car/Tolls | Cash | Clothes/ Laundry | Food | Gas | Insurance | Internet /Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Savings | Taxes | Transfers | Utilities | Transfer between accounts | | |
| 7/1/2022 - 7/31/2022 | $ 527.62 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ 527.62 |

BoA account ending x3019
Bank Statement Analysis
July 1, 2022 - July 31, 2022

| Statement Date | Beginning Balance | Lithoptek Distribution | SSA Treas 310 | Social Security | Misc. | Transfer from Savings x6376 (1) | Transfer from TD x5519 | Total Deposits | Car/Tolls | Cash | Clothes/ Laundry | Charitable Contributions | Food | Gas | Insurance | Internet/Phone | Legal/ Chapter 11 Related | Mail - USPS | Medical | Misc. | Professional fees | Taxes | Property Tax | Transfers | Utilities | Total Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2022 - 7/31/2022 | $ 1,562.25 | 2,500.00 | 5,598.80 | - | 0.02 | 500.00 | - | 8,598.82 | - | 300.00 | - | 90.00 | 598.97 | 117.69 | - | 1,003.04 | - | 32.60 | 361.10 | 861.40 | - | - | - | - | 662.19 | 4,027.19 | $ 6,133.88 |

(1) This is the account of Mr. Hendel's daughter, Erika Gisela Lin-Hendel.



August 15, 2022

**VIA REGULAR MAIL**

Honorable John K. Sherwood
United States Bankruptcy Court District of New Jersey
Federal Building
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

Re:  Rudolph Hendel and Catherin Lin-Hendel
     Case No. 21-18847 JKS

Dear Mr. Plasner,

Enclosed please find the July 2022 MORs attached Monthly Operating Report for Case No. 21-18847 JKS. Rudolph and Catherine Lin-Hendel no longer have counsel representation, and so we have no other form of filing. Please file on the docket on behalf of the debtors.

Respectfully,

Kenneth DeGraw, CPA
Partner, Forensic and Valuation Services

Enclosed



WithumSmith+Brown, PC   250 Pehle Avenue, Suite 104, Saddle Brook, New Jersey 07663   T (201) 265 2800   F (201) 265 8101   withum.com
AN INDEPENDENT MEMBER OF HLB - THE GLOBAL ADVISORY AND ACCOUNTING NETWORK

```
ORIGIN ID:TEBA    (201) 265-2800         SHIP DATE: 15AUG22
DINA AMALFITANO                          ACTWGT: 0.10 LB
WITHUM SMITH BROWN                       CAD: 1176646/INET4490
250 PEHLE AVE
SUITE 104, PLAZA 2                       BILL SENDER
SADDLE BROOK, NJ 07663
UNITED STATES US

TO  HONORABLE JOHN K. SHERWOOD
    UNITED STATES BANKRUPTCY COURT NJ
    FEDERAL BUILDING
    50 WALNUT STREET, 3RD FLOOR
    NEWARK NJ 07102
                      REF: 44403940 -HENDEL
(646) 829-1440
INV:                                     DEPT:
PO:
```

FedEx Express

TUE - 16 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7776 6227 4068
0201

07102
NJ-US  EWR

E2 VAKA