**Michael Eskenazi, Esq.**
Attorney Id Number: 251702017
**FRIEDMAN VARTOLO LLP**
A Limited Liability Partnership
formed in the State of New York
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff-Appellant
Firm File No.: 180923-31

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

-------------------------------x

| | |
|---|---|
| Rudolf H. Hendel and Catherine G. Lin-Hendel, | Appeal Case No: 22-cv-04983-BRM |
| Plaintiff-Appellant, vs. | Bankruptcy Case No: 21-18847-JKS |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, | **APPELLEE'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** |
| Defendant-Appellee. | Appeal Judge: Hon. Brian R. Martinotti |
| | Bankruptcy Judge: Hon. John K. Sherwoof |

-------------------------------x

| Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| Bankruptcy: 21-18847 | July 22, 2022 | Order granting in-rem relief from the automatic stay |

|  |  | regarding real property |
|---|---|---|
| Bankruptcy: 21-18847 | July 27, 2022 | Order dismissing the Chapter 11 Bankruptcy |
| 16-27152-JKS | July 13, 2017 | Complaint against Chubb Insurance Co., *et al.* (DNJ) |
| 2:17-cv-05562-MCA-SCM | September 25, 2018 | Order dismissing Complaint against Chubb Insurance Co. |
| 2:19-cv-14707 | July 3, 2019 | Complaint against Wilmington Trust, *et al.* (DNJ) |
| 2:19-cv-14707 | March 30, 2020 | Order Dismissing Complaint against Wilmington Trust |
| 2:19-cv-16372 | August 5, 2019 | Complaint Against Agriculture Bank of China (DNJ) |
| 2:19-cv-16372 | January 30, 2020 | Order Dismissing Complaint Against Agriculture Bank of China |
| 2:19-cv-16373 | August 5, 2019 | Complaint against China Merchant Group and Subsidiaries, *et al.* (DNJ) |
| 2:19-cv-16373 | January 29, 2021 | Order Dismissing Complaint against China Merchant Group and Subsidiaries |
| 2:19-cv-21341 | December 12, 2019 | Complaint against The Saudi Arabian Oil Company, *et al.* (DNJ) |
| 2:19-cv-21341 | December 30, 2020 | Order Dismissing Complaint against |

|  |  | the Saudi Arabian Oil Company |
| --- | --- | --- |
| UNN-L-3484-13 | October 1, 2013 | State Court Complaint Against Appellant's |
| F-014884-18 | July 18, 2018 | State Court Foreclosure Complaint |
| F-014884-18 | October 8, 2021 | Order denying reconsideration of the foreclosure case |

Dated:   August 24, 2022

**FRIEDMAN VARTOLO LLP**
Attorneys for Plaintiff-Appellant

/s/ Michael Eskenazi
Michael Eskenazi, Esq.