# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

## TRANSMITTAL OF DOCUMENT(S) TO:
### ❑ DISTRICT COURT   ❑ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal          ❑ Order being Appealed          ❑ Designation of Record on Appeal

❑ Statement of Issues       ❑ Transcript                    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

Appellant(s):   _____     Appellee(s):   _____

Attorney:       _____     Attorney:      _____

Address:        _____     Address:       _____

                _____                    _____

Title of Order Appealed:   _____

Date Entered On Docket:    _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____