# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RUDOLF H. HENDEL AND CATHERINE G. LIN-HENDEL,<br><br>Debtors. | Bankr. Case No. 21-18847 (JKS) |
| RUDOLF HENDEL, *et al.*,<br><br>Appellants,<br><br>v.<br><br>FAY SERVICING, LLC,<br><br>Appellee. | Case No. 2:22-cv-04982 (BRM)<br><br>**ORDER** |

**IT APPEARING THAT:**

1. On August 8, 2022, Appellants filed an appeal of a July 22, 2022 order granting in-rem relief from the automatic stay regarding real property. (ECF No. 1-1; Bk. Dkt. 21-18847, ECF No. 95.)

2. Pursuant to Federal Rule of Bankruptcy Procedure 8002, "a notice of appeal must be filed with the bankruptcy clerk within 14 days after entry of the judgment, order, or decree being appealed," Fed. R. Bankr. P. 8002(a)(1), and therefore the appeal is untimely.

3. On November 3, 2022, the Court advised Appellants of this deficiency, among others, and ordered Appellants to "show cause by November 23, 2022, via a letter posted to the docket, why this appeal should not be dismissed as untimely or for failure to comply with the Bankruptcy Rules. Failure to do so will result in dismissal." (ECF No. 4.)

4. To date, Appellants have not responded to the order to show case.

Accordingly, and for good cause appearing,

**IT IS** on this 29th day of November 2022,

**ORDERED** that this appeal is **DISMISSED** and the matter shall be marked **CLOSED**.

                                      */s/Brian R. Martinotti*
                                      **HON. BRIAN R. MARTINOTTI**
                                      **UNITED STATES DISTRICT JUDGE**